| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____    Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Allways East Transportation Inc.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  13-3742554

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 870 Nepperhan Avenue<br>Yonkers, NY 10703-2011 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Westchester | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor ___Allways East Transportation Inc.___    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

Debtor  Allways East Transportation Inc.  Case number (*if known*)
        Name

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**  .  *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Allways East Transportation Inc.                                    Case number (*if known*)
         Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 25, 2016
              MM / DD / YYYY

**X** /s/ Marlaina Koller                                Marlaina Koller
    Signature of authorized representative of debtor     Printed name

Title   Vice President

**18. Signature of attorney**

**X** /s/ Erica Feynman Aisner                           Date   April 25, 2016
    Signature of attorney for debtor                            MM / DD / YYYY

Erica Feynman Aisner
Printed name

DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
Firm name

One North Lexington Avenue
White Plains, NY 10601
Number, Street, City, State & ZIP Code

Contact phone   (914) 681-0200        Email address

Bar number and State

# United States Bankruptcy Court
### Southern District of New York

In re  Allways East Transportation Inc.

Debtor(s)

Case No.

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Judith Koller | | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  April 25, 2016

Signature  /s/ Marlaina Koller

Marlaina Koller

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Allways East Transportation Inc.
Debtor(s)

Case No.
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: April 25, 2016

/s/ Marlaina Koller
Marlaina Koller/Vice President
Signer/Title

```
200 SMRR LLC
201 SAW MILL RIVER ROAD
YONKERS, NY 10701


200 SMRR LLC
THE CERMELE LAW FIRM PLLC
2 WESTCHESTER PARK DR. STE 205
WEST HARRISON, NY 10604


4 STAR AUTO GLASS
4138 BOSTON ROAD
BRONX, NY 10475


870 NEPPERHAN AVENUE LC
C/O CHARLES E. MCBAIN, ESQ.
2 WESTCHESTER PARK DR, STE 205
WEST HARRISON, NY 10604


870 NEPPERHAN AVENUE LLC
201 SAW MILL RIVER ROAD
YONKERS, NY 10701


ACTION AUTO MART INC.
C/O MURRAY S. LUBITZ
245 MAIN STREET
WHITE PLAINS, NY 10601


ACTION AUTO MART INC.
250 E. HARTSDALE AVE, STE 36
HARTSDALE, NY 10530


AEY HOLDINGS LLC
C/O STENGER ROBERTS ET AL
1136 ROUTE 9
WAPPINGERS FALLS, NY 12590


AFLAC
REMITTANCE PROCESSING SERVICE
1932 WYNNTON ROAD
COLUMBUS, GA 31999-6005


AMTRUST NORTH AMERICA
PO BOX 6939
CLEVELAND, OH 44101-1939
```

```
AMTRUST NORTH AMERICA
800 SUPERIOR AVENUE E
CLEVELAND, OH 44114


ARTHUR J. GALLAGHER
RISK MANAGEMENT SERVICES
377 OAK STREET
GARDEN CITY, NY 11530


AUTOPLUS AUTO PARTS
49 ELM STREET
FISHKILL, NY 12524


BETHUNE & ASSOCIATES
14435 N. 7TH STREET, STE 201
PHOENIX, AZ 85022


CANON FINANCIAL SERVICES, INC.
158 GAITHER DRIVE, SUITE 200
MOUNT LAUREL, NJ 08054-1716


CAPACITY COVERAGE COMPANY
1 INTERNATIONAL BLVD #3S-L
MAHWAH, NJ 07495-0027


CENTRAL HUDSON GAS
& ELECTRIC CORPORATION
284 SOUTH AVENUE
POUGHKEEPSIE, NY 12601


CHOICE DISTRIBUTION INC.
PO BOX 30293
NEW YORK, NY 10087-0293


CLEARWAY
211-10 HILLSIDE AVENU
QUEENS VILLAGE, NY 11427


CON EDISON COMPANY OF NY
4 IRVING PL., ROOM 1875-S
ATTN: BANKRUPTCY GROUP
NEW YORK, NY 10003
```

```
CT LIEN SOLUTIONS
PO BOX 29071
GLENDALE, CA 91209-9071


DELIA DEFAZ PENA



DEPARTMENT OF LABOR
P.O. BOX 15130
ALBANY, NY 12212-5130


EL JEBEL II, LLC
75 COMMERCEIAL STREET
PLAINVIEW, NY 11803


FEDEX REVENUE RECOVERY DEPT
PO BOX 271461
PITTSBURGH, PA 15250-7461


FINANCIAL FEDERAL CREDIT INC.
300 FRANK W. BURR BOULEVARD
TEANECK, NJ 07666


FLEET FINANCING RESOURCES, LLC
FKA A-Z RESOURCES, LLC
10370 HEMET STREET #350
RIVERSIDE, CA 92503


FLEET FINANCING RESOURCES, LLC
10870 HEMET STREET, STE 350
RIVERSIDE, CA 92503


IEH AUTO PARTS LLC
PO BOX 417609
BOSTON, MA 02241-7609


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


IPFS CORPORATION
3000 RDU CENTER DRIVE, STE 100
MORRISVILLE, NC 27560
```

JUDITH KOLLER
53 STONEHEDGE DRIVE SOUTH
GREENWICH, CT 06831


LGBS, LLP
PO BOX 9422
NEW YORK, NY 10087-9422


LINEBARGER GOGGAN BLAIR
61 BROADWAY, STE 2600
NEW YORK, NY 10006


MAGNA CARTA
ONE PARK AVENUE
ATTN: KENNET WASSERMAN
NEW YORK, NY 10016-5802


MARC MOTORS, INC.
2415 STIRLING ROAD
FORT LAUDERDALE, FL 33312


MARLAINA KOLLER
222 GAILMOR DRIVE
YONKERS, NY 10703


MATRIX SECURITY SYSTEMS INC.
4 BELLAIN AVENUE
HARRISON, NY 10528


MERCHANTS FLEET MANAGEMENT
MERCHANS AUTOMOTIVE GROUP, INC
1278 HOOKSETT ROAD
HOOKSETT, NH 03106


MICHAEL J. KHADER, P.C
733 YONKERS AVENUE, SUITE 200
YONKERS, NY 10704


MICHELLE H. KLEMPERER, ESQ.
ASSOC CORP COUNSEL YONKERS BOE
ONE LARKIN CENTER
YONKERS, NY 10701

```
MIDHUDSON EMERGENCY PHYSICIAN
PO BOX 6194
PARSIPPANY, NJ 07054-7194


NANCY MUNOZ



NATIONS EQUIPMENT FINANCE
FUNDING II, LLC
501 MERRITT SEVEN 6TH FLOOR
NORWALK, CT 06851


NATIONS FUND I, LLC
501 MERRITT SEVEN, 6TH FLOOR
NORWALK, CT 06851


NATIONS FUND I, LLC
PO BOX 203106
DALLAS, TX 75320-3106


NATIONS FUND I, LLC
101 MERRITT SEVEN, 5TH FLOOR
NORWALK, CT 06851


NEPPERHAN OWNERS CORP.,
C/O JOHN P. PETTINELLA, ESQ.
484 WHITE PLAINS ROAD, 2ND FLR
EASTCHESTER, NY 10709


NEW HAMPSHIRE INSURANCE COMP.
175 WATER STREET, 18TH FLOOR
NEW YORK, NY 10038


NEW HAMPSHIRE INSURANCE COMP.
C/O DAVID M. CAPRIOTTI, ESQ.
300 SOUTH STATE STREET, 4TH FL
SYRACUSE, NY 13202


NEW HAMPSHIRE INSURANCE COMP.
C/O HARRIS BEACH PLLC
99 GARNSEY ROAD
PITTSFORD, NY 14534
```

```
NEW YORK STATE
UNEMPLOYMENT  INSURANCE FUND
199 CHURCH STREET
NEW YORK, NY 10007-1100


NEW YORK STATE
UNEMPLOYMENT  INSURANCE FUND
P.O. BOX 4301
BINGHAMTON, NY 13902


NYS DEPT OF FINANCE
345 ADAMS STREET, 3RD FLOOR
LEGAL AFFAIRS - DEVORA COHN
BROOKLYN, NY 11201


NYS DEPT OF TAXATION & FINANCE
CIVIL ENFORCEMENT- REGION 3A
W A HARRIMAN CAMPUS
ALBANY, NY 12227-0001


NYS DEPT OF TAXATION & FINANCE
ATTN: JACQUELINE AUERBACH, ESQ
15 METRO TECH CENTER, 5TH FLOO
BROOKLYN, NY 11201


NYS UNEMPLOYMENT
INSURANCE FUND
P.O. BOX 551
ALBANY, NY 12201


NYSIF
199 CHURCH STREET
NEW YORK, NY 10007-1100


OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004


OPTIMUM
111 STEWART AVENUE
BETHPAGE, NY 11714


OPTIMUM ONLINE
111 STEWART AVENUE
BETHPAGE, NY 11714
```

```
PARAMOUNT INSURANCE COMPANY
6326 SECURITY BLVD. #200
GWYNN OAK, MD 21207


PARAMOUNT INSURANCE COMPANY
WILLIAM L. WALDMAN, ESQ.
80 ROUTE 4 EAST, STE 290
PARAMUS, NJ 07652


PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201


PARTS AUTHORITY
605 ALBANY AVENUE
AMITYVILLE, NY 11701


PARTS AUTHORITY PRO PARTS/CAP
495 MERRICK ROAD,
ROCKVILLE CENTRE, NY 11570


PATRIOT TESTING SERVICES, INC.
PO BOX 1203
CARVER, MA 02330


PAULINE JOHNSON


PAY-O-MATIC
166-30 JAMAICA AVENUE
2ND FLR.
JAMAICA, NY 11432


PRICE CHOPPER SUPERMARKETS
461 NOTT STREET
SCHENECTADY, NY 12308


R. DANA PEST CONTROL
2 SAMSONDALE AVENUE
WEST HAVERSTRAW, NY 10993


ROYAL CARTING SERVICE CO.
P.O. BOX 1209
HOPEWELL JUNCTION, NY 12533
```

```
RUBIN & ROTHMAN, LLC
ATTORNEYS AT LAW
1787 VETERANS HGHWY, STE 32
ISLANDIA, NY 11749


SANTANDER BANK , N.A.
PO BOX 13098
READING, PA 19612-3098


SECURITY EXCHANGE COMMISSION
NY REGIONAL OFFICE
200 VESEY ST., SUITE 400
NEW YORK, NY 10281


SERVICE BUS COMPANY INC.
845 NEPPERHAN AVENUE
YONKERS, NY 10703


STANDARD SECURITY LIFE INS COM
485 MADISON AVENUE
NEW YORK, NY 10022-5872


SUBURBAN PROPANE
P.O BOX 160
WHIPPANY, NJ 07981-0160


TOLLS BY MAIL PAYMENT PROCESSI
PO BOX 15183
ALBANY, NY 12212-5183


TOWER GROUP COMPANIES
P.O. BOX 5265
BINGHAMTON, NY 13902


TRANSWORLD SYSTEMS
507 PRUDENTIAL ROAD
HORSHAM, PA 19044


UNIFIRST CORPORATION
205 GARFIELD AVENUE
STRATFORD, CT 06615
```

```
UNITED STATES ATTORNEY
TAX AND BANKRUPTCY UNIT
86 CHAMBERS ST., 3RD FLOOR
NEW YORK, NY 10007


WESTCHESTER WASTE OIL
P.O. BOX 254
WASHINGTONVILLE, NY 10992-0254


ZARIN & STEINMETZ
81 MAIN STREET
SUITE 415
WHITE PLAINS, NY 10601
```

# United States Bankruptcy Court
## Southern District of New York

In re: Allways East Transportation Inc.
Debtor(s)

Case No.
Chapter: 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Allways East Transportation Inc.  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 25, 2016
Date

/s/ Erica Feynman Aisner
Erica Feynman Aisner
Signature of Attorney or Litigant
Counsel for  Allways East Transportation Inc.
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(914) 681-0200 Fax:(914) 684-0288

**United States Bankruptcy Court**
**Southern District of New York**

| | | | |
|---|---|---|---|
| In re | Allways East Transportation Inc. | Case No. | |
| | Debtor(s) | Chapter | 11 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Marlaina Koller, declare under penalty of perjury that I am the Vice President of Allways East Transportation Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 25th day of April, 2016.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Marlaina Koller, Vice President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Marlaina Koller, Vice President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Marlaina Koller, Vice President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case."

Date  April 25, 2016                         Signed  */s/ Marliana Koller*
                                                     Marlaina Koller

Resolution of Board of Directors
of
Allways East Transportation Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Marlaina Koller, Vice President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Marlaina Koller, Vice President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Marlaina Koller, Vice President of this Corporation is authorized and directed to employ Jonathan S. Pasternak, attorney and the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP to represent the corporation in such bankruptcy case.

Date  April 25, 2016                                    Signed   */s/ Marliana Koller*