UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                              CHAPTER 11

ALLWAYS EAST TRANSPORTATION INC.                    CASE NO. 16-2258-RDD


                          Debtor.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case on behalf of THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY (the "Appearing Party"), pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules"), and requests that all notices given or required to be given in the above-captioned case and all papers served in the above-captioned case (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters and other proceedings in the above-captioned case, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the foregoing requests includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statements of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivered, telephone, fax, email or otherwise, that affect, or may potentially affect, the debtor or the property of the debtor.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the attorney identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the Appearing Party does not, by filing this Notice of Appearance and Request of Service of Paper or any later appearance, pleading, claim or suit, submit to jurisdiction of the Bankruptcy Court, or intend to waive any rights, including (without limitation): (i) the right to have final order in non-core or Stern matters entered only by a district judge; (ii) the right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (ii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Appearing Party is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: June 9, 2016
New York, NY

_____
Peter C. Merani, Esq.
Peter C. Merani, P.C.
Attorney for Creditor:
Port Authority of New York & New Jersey
1001 Avenue of the Americas, Suite 1800
New York, NY 10018
(212) 629-9690

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:

                                                       AFFIDAVIT OF SERVICE
                                                       CHAPTER 11
ALLWAYS EAST TRANSPORTATION INC.        CASE NO. 16-2258-RDD


                Debtor.
-----------------------------------------------------------X


I, Daphne Cedres, being duly sworn, deposes and says that she is over the age of 18 years, that she is not a party to the above-entitled action, and that on June 9th, 2016, she caused a true and correct copy of the Notice of Appearance and Request for Service of Papers to be served by the Court's CM/ECF system to all parties registered to receive notice.

                                                                          Daphne Cedres


Sworn before me this 9th day of June 2016

PETER C. MERANI, ESQ.
Notary Public State Of New York
No. 41-500-7096
Qualified In Nassau County
Commission Expires Jan. 19, 2019