Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 14, 2016      X /s/ Marlaina Koller
                                            Signature of individual signing on behalf of debtor

                                            Marlaina Koller
                                            Printed name

                                            Vice President
                                            Position or relationship to debtor

Debtor name     Allways East Transportation Inc.

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     16-22589

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.    ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.............................................................................    $                    0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..........................................................................    $            3,127,052.10

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................................    $            3,127,052.10

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $            2,120,898.58

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $            3,364,554.71

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$            3,494,142.99

4.    Total liabilities ...........................................................................................
    Lines 2 + 3a + 3b    $            8,979,596.28

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name     Allways East Transportation Inc.

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     16-22589

☐ Check if this is an
    amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | SUMA Federal Credit Union | Checking | 3033 | $4,656.01 |
| 3.2. | Chase Bank | Checking | 8860 | $53.94 |
| 3.3. | Chase Bank | Checking | 6383 | $2,590.41 |
| 3.4. | Chase Bank | Checking | 9600 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

          $7,300.36

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

    ☐ No.  Go to Part 3.
    ■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.   Nepperhan Owners Corp. - Security Deposit                                          Unknown

      7.2.   870 Nepperhan Avenue LLC - Security Deposit                                        Unknown

      7.3.   AEY Holdings  - Security Deposit                                                   Unknown

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                    | $0.00 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

10.  **Does the debtor have any accounts receivable?**

     ☐ No.  Go to Part 4.
     ■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    1,734,851.74    -    0.00    = ....    $1,734,851.74
                                    face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                  | $1,734,851.74 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

13.  **Does the debtor own any investments?**

     ■ No.  Go to Part 5.
     ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

     ■ No.  Go to Part 6.
     ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Misc. Office Furniture and Equipment (little to no value) | Unknown | | Unknown |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

$0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   (10) 2011 Chevrolet Van TT | Unknown | | $148,000.00 |
| 47.2.   (2) 2011 Chevrolet Van ST (2) 2012 Chevrolet Van ST (10) 2013 Ford Van ST (2) 2013 Ford W/C CO (2) 2013 Ford Coach (1) 2014 Ford Coach (1) 2012 Ford Coach (1) 2013 Ford W/CH Van ST (1) 2013 Ford W/CH Van ST (1) 2004 GMC Van | Unknown | | $607,500.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 47.3. | (3) 1997 GMC Vans<br>(2) 1999 GMC Van<br>(2) 1999 Chevrolet Vans<br>(1) 1999 International Bus<br>(8) 2000 GMC Vans<br>(1) Chevorlet Van<br>(4) 2000 IC Buses<br>(1) 2001 Thomas Bus<br>(6) 2002 GMC Vans<br>(1) 2002 Chevorlet Van<br>(1) 2002 Ford W/Ch Van<br>(1) 2003 GMC Van<br>(1) 2003 Ford Van<br>(1) 2003 IC Bus<br>(1) 2005 Chevrolet W/Ch Mini<br>(1) 2005 Ford Van<br>(1) 2006 Ford Van<br>(9) 2006 Chevrolet Vans<br>(5) 2007 Chevrolet Vans<br>(1) 2007 Honda Mini<br>(3) 2007 IC Buses<br>(1) 2007 Ford Coach<br>(9) 2008 Chevrolet Vans<br>(4) 2008 IC Buses<br>(2) 2008 Ford Coaches<br>(1) 2009 Chevrolet Van<br>(5) 2010 Chevrolet Vans<br>(2) 2010 Ford Coach<br>(1) 2010 Chevrolet Coach | Unknown | | $617,400.00 |
| 47.4. | Misc. Auto Parts | Unknown | | $12,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

| $1,384,900.00 |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Description and location of property<br>Include street address or other descriptor such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  215 Lake Avenue, Yonkers, New York 10704 | Lease | Unknown | | Unknown |
| 55.2.  28 Route 9, Fishkill, New York 12524 | Lease | Unknown | | Unknown |
| 55.3.  870 Nepperhan Avenue, Yonkers, New York 10703 | Lease | Unknown | | Unknown |

**56.**   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

**71.**   **Notes receivable**
     Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

    Total Bus Co./ Todd Farber                                                            Unknown

    | **Nature of claim** | Claim for transferred routes/ |
    |---|---|
    | | contract and use of equipment |
    | **Amount requested** | $323,000.00 |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

    Various transportation contracts                                                      Unknown

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.                           $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,300.36 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,734,851.74 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,384,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,127,052.10 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,127,052.10 |

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   Advantage Funding<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>(2) 2011 Chevrolet Van ST<br>(2) 2012 Chevrolet Van ST<br>(10) 2013 Ford Van ST<br>(2) 2013 Ford W/C CO<br>(2) 2013 Ford Coach<br>(1) 2014 Ford Coach<br>(1) 2012 Ford Coach<br>(1) 2013 Ford W/CH Van ST<br>(1) 2013 Ford W/CH Van ST<br>(1) 2004 GMC Van | $587,887.74 | $607,500.00 |

1111 Marcus Avenue Ste M27
Lake Success, NY 11042

Creditor's mailing address

Describe the lien
MV-901

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | | |
|---|---|---|---|
| **2.2**   El Jebel II, LLC<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>(10) 2011 Chevrolet Van TT | $88,000.00 | $148,000.00 |

75 Commerceial Street
Plainview, NY 11803

Creditor's mailing address

Describe the lien
UCC-1 and MV-901

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

April 3, 2012

**Last 4 digits of account number**

4757

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 | IPFS Corporation | Describe debtor's property that is subject to a lien | $1,445,010.84 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

3000 RDU Center Drive, Ste 100
Morrisville, NC 27560

Creditor's mailing address

Insurance Policies

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

4049

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$2,120,898.58

---

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| Capacity Coverage Company<br>1 International Blvd #3S-L<br>Mahwah, NJ 07495-0027 | Line 2.3 | |
| El Jebell II, LLC<br>c/o Weinberg Gross & Pergament<br>400 Garden City Plaza, Ste 403<br>Garden City, NY 11530 | Line 2.2 | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor name **Allways East Transportation Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known) **16-22589**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>2970 Market Street<br>Mail Stop 5-Q30-133<br>Philadelphia, PA 19104-5016 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $1,800,000.00 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>New York State Unemployment<br>PO Box 4301<br>Binghamton, NY 13902-4301 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $740,884.50 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>Unemployment | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address<br>NYS Dept of Taxation & Finance<br>Civil Enforcement- Region 3A<br>W A Harriman Campus<br>Albany, NY 12227-0001 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $823,670.21 | $655,271.47 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>April 20, 2016 | Basis for the claim:<br>Taxes | | |
| | Last 4 digits of account number 0122 | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>200 SMRR LLC<br>201 Saw Mill River Road<br>Yonkers, NY 10701 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,887.31 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim:  Unpaid Rent | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>228 Myers Corners LLC<br>235 Main Street<br>Sutie 330<br>White Plains, NY 10601 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $45,000.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim:  Unpaid Rent | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>4 Star Auto Glass<br>4138 Boston Road<br>Bronx, NY 10475 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $145.96 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim: _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>870 Nepperhan Avenue LLC<br>201 Saw Mill River Road<br>Yonkers, NY 10701 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $28,418.47 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim:  Unpaid Rent | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Action Auto Mart Inc.<br>250 E. Hartsdale Ave, Ste 36<br>Hartsdale, NY 10530 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _ | Basis for the claim:  Prior Loan | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Advantage Funding
111 Marcus Avenue
Suite M27
Lake Success, NY 11042

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Lease Agreement

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,594.73 |
|---|---|---|---|

AEY Holdings LLC
215 West 40th Street
6th Floor
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rent Arrears

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,654.35 |
|---|---|---|---|

AFLAC
Remittance Processing Service
1932 Wynnton Road
Columbus, GA 31999-6005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Insurance Premium

**Last 4 digits of account number** GJ23

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600,891.45 |
|---|---|---|---|

AmTrust North America
800 Superior Avenue E
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Insurance Premium Balance Due (Expired/ Non-Renewed Policy)

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,953.00 |
|---|---|---|---|

Arthur J. Gallagher
Risk Management Services
377 Oak Street
Garden City, NY 11530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,645.48 |
|---|---|---|---|

AutoPlus Auto Parts
49 Elm Street
Fishkill, NY 12524

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 3328

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

Broadway Advance
39 Broadway
Suite 930
New York, NY 10006

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Loan

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,396.00 |

Cannon Financial Services
14904 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,735.01 |

Canon Financial Services, Inc.
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054-1716

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 7467

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,469.10 |

Central Hudson Gas
& Electric Corporation
284 South Avenue
Poughkeepsie, NY 12601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 5057

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,063.28 |

Central Hudson Gas
& Electric Corporation
284 South Avenue
Poughkeepsie, NY 12601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1036

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,593.02 |

Choice Distribution Inc.
PO box 30293
New York, NY 10087-0293

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 5972

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,126.51 |

Con Edison Company Of NY
4 Irving Pl., Room 1875-S
Attn: Bankruptcy Group
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** 1088

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,387.00 |

Country Club Service Station
765 Tuckahoe Road
Yonkers, NY 10710

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**3.20**

**Nonpriority creditor's name and mailing address**
D.C., an infant by J. Capucci
c/o Spiegel & Barbato, LLP
2622 East Tremont Avenue
Bronx, NY 10461

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Personal Injury Claim

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.21**

**Nonpriority creditor's name and mailing address**
Department of Labor
P.O. Box 15130
Albany, NY 12212-5130

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Unpaid Wages

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.22**

**Nonpriority creditor's name and mailing address**
Ext Oil
67 McLean Avenue
Yonkers, NY 10705

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Gas/ Auto Expense

Is the claim subject to offset? ☑ No ☐ Yes

$15,768.00

---

**3.23**

**Nonpriority creditor's name and mailing address**
FedEx Revenue Recovery Dept
PO Box 271461
Pittsburgh, PA 15250-7461

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$383.03

---

**3.24**

**Nonpriority creditor's name and mailing address**
Freedom Financial Consulting
8221 Tristar Drive
Irving, TX 75063

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Lease Agreement Arrears

Is the claim subject to offset? ☑ No ☐ Yes

$180,000.00

---

**3.25**

**Nonpriority creditor's name and mailing address**
Gibraltar Transmission
95 Vredenburgh Avenue
Yonkers, NY 10704

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$6,200.00

---

**3.26**

**Nonpriority creditor's name and mailing address**
Goosetown
58 N. Harrison Avenue
Congers, NY 10920

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$10,029.00

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.27**

Nonpriority creditor's name and mailing address

Johanny Gomez
c/o Robert A. Hyams, Esq.
295 Madison Avenue - Ste 1600
New York, NY 10017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Personal Injury Claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28**

Nonpriority creditor's name and mailing address

Jose Ramirez Chavez
c/o Shapiro Law Offices
3205 Grand Concourse, Ste 1
Bronx, NY 10468

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Personal Injury Claim

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29**

Nonpriority creditor's name and mailing address

Linebarger Goggan Blair
61 Broadway, Ste 2600
New York, NY 10006

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$928.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  EZ Pass collection violation numbers 582198321, 579757927 and 577552152

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30**

Nonpriority creditor's name and mailing address

Magna Carta
One Park Avenue
attn: Kennet Wasserman
New York, NY 10016-5802

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Workers Compensation Joel Arias

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31**

Nonpriority creditor's name and mailing address

Marc Motors, Inc.
2415 Stirling Road
Fort Lauderdale, FL 33312

Date(s) debt was incurred _

Last 4 digits of account number  3158

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32**

Nonpriority creditor's name and mailing address

Matrix Security Systems Inc.
4 Bellain Avenue
Harrison, NY 10528

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$234.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33**

Nonpriority creditor's name and mailing address

Matrix Security Systems Inc.
4 Bellain Avenue
Harrison, NY 10528

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$313.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Rendered

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $286,434.83 |
|---|---|---|---|

Merchants Automotive Group
1278 Hooksett Road
Hooksett, NH 03106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Vehicle Leases

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.10 |
|---|---|---|---|

MidHudson Emergency Physician
PO Box 6194
Parsippany, NJ 07054-7194

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 4007

**Basis for the claim:** Employee Injury

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.00 |
|---|---|---|---|

MTA Bridges and Tunnels
E-Z Pass Tolls by Mail
P.O. Box 15183
Albany, NY 12212-5183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Tolls

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.00 |
|---|---|---|---|

MTA Bridges and Tunnels
E-Z Pass Tolls by Mail
P.O. Box 15183
Albany, NY 12212-5183

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Tolls

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,630.81 |
|---|---|---|---|

Nancy Munoz

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 4/21/16

**Last 4 digits of account number** _

**Basis for the claim:** Loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,732.49 |
|---|---|---|---|

Nations Fund I, LLC
501 Merritt Seven, 6th Floor
Norwalk, CT 06851

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** January 25, 2013

**Last 4 digits of account number** _

**Basis for the claim:** Various Leased Equipment

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149,732.49 |
|---|---|---|---|

Nations Fund I, LLC
501 Merritt Seven, 6th Floor
Norwalk, CT 06851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Arrears due under Vehicle Lease

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Allways East Transportation Inc. | Case number (if known) | 16-22589 |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $53,840.00 |
|---|---|---|---|
| | Nepperhan Owners Corp., <br> 925 Saw Mill River Road <br> Yonkers, NY 10710 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Unpaid Rent | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $238,248.35 |
|---|---|---|---|
| | New York State Insurance Fund <br> Workers Compensation <br> 199 Church Street <br> New York, NY 10007-1100 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Premium Due | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Noonan Leasing, LLC <br> 703 Co. Hwy 107 <br> Johnstown, NY 12095 | ☐ Contingent <br> ■ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Leasing | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $390,662.14 |
|---|---|---|---|
| | NYS Thruway Authority <br> Attn: Brian Cassidy <br> 200 Southern Blvd., PO Box 189 <br> Albany, NY 12201 | ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Alleged Unpaid Tolls and Violations | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $527.44 |
|---|---|---|---|
| | Optimum <br> 111 Stewart Avenue <br> Bethpage, NY 11714 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Wappingers Fall location | |
| | **Last 4 digits of account number** 7018 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $908.83 |
|---|---|---|---|
| | Optimum <br> 111 Stewart Avenue <br> Bethpage, NY 11714 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** 215 Lake Ave Yonkers location | |
| | **Last 4 digits of account number** 0049 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $658.20 |
|---|---|---|---|
| | Optimum <br> 111 Stewart Avenue <br> Bethpage, NY 11714 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Fishkill Location | |
| | **Last 4 digits of account number** 9045 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $858.70 |
|---|---|---|---|

Optimum Online
111 Stewart Avenue
Bethpage, NY 11714

Date(s) debt was incurred _
Last 4 digits of account number  3029

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  870 Nepperhan Location

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,097.25 |
|---|---|---|---|

Parts Authority Pro Parts/CAP
495 Merrick Road
Rockville Centre, NY 11570

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,463.00 |
|---|---|---|---|

Patriot Testing Services, Inc.
PO Box 1203
Carver, MA 02330

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Pauline Johnson

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

Pay-O-Matic
166-30 Jamaica Avenue
2nd Flr.
Jamaica, NY 11432

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353,316.00 |
|---|---|---|---|

Port Authority of NY & NJ
225 Park Avenue South
New York, NY 10003

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: Alleged Tolls and Administrative Fees Due

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $966.34 |
|---|---|---|---|

Price Chopper Supermarkets
461 Nott Street
Schenectady, NY 12308

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address<br>R. Dana Pest Control<br>2 Samsondale Avenue<br>West Haverstraw, NY 10993 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76.21 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address<br>Ramaz Scool<br>114 East 85th Street<br>attn Johanna B Shlomovich, COO<br>New York, NY 10075 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Litigation Claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address<br>Royal Carting Service Co.<br>P.O. Box 1209<br>Hopewell Junction, NY 12533 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $430.06 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 0001 | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address<br>Royal Carting Service Co.<br>P.O. Box 1209<br>Hopewell Junction, NY 12533 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $320.55 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1000 | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address<br>Santander Bank , N.A.<br>PO Box 13098<br>Reading, PA 19612-3098 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,072.76 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2901 | **Basis for the claim:** Lease Agreement<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address<br>Service Bus Company Inc.<br>756 Nepperhan Avenue<br>Yonkers, NY 10703 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $127,025.00 |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Litigation Claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address<br>Silvana Zambrano<br>c/o Helen F. Dalton & Assoc.<br>69-12 Austin Street - 2nd Fl<br>Forest Hills, NY 11375 | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | Unknown |
|---|---|---|---|
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Personal Injury Claim<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Allways East Transportation Inc. | Case number (if known) | 16-22589 |
|---|---|---|---|
| | Name | | |

**3.62 Nonpriority creditor's name and mailing address**
Standard Security Life Ins Com
485 Madison Avenue
New York, NY 10022-5872

Date(s) debt was incurred _
Last 4 digits of account number  5000

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __NYS Disability__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.63 Nonpriority creditor's name and mailing address**
Suburban Propane
P.O Box 160
Whippany, NJ 07981-0160

Date(s) debt was incurred _
Last 4 digits of account number  3314

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,736.21

---

**3.64 Nonpriority creditor's name and mailing address**
T Mobile
PO Box 37380
Albuquerque, NM 87176

Date(s) debt was incurred _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$11,598.00

---

**3.65 Nonpriority creditor's name and mailing address**
Tolls by Mail Payment Processi
PO box 15183
Albany, NY 12212-5183

Date(s) debt was incurred _
Last 4 digits of account number  7686

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$60.50

---

**3.66 Nonpriority creditor's name and mailing address**
Tower Group Companies
P.O. Box 5265
Binghamton, NY 13902

Date(s) debt was incurred _
Last 4 digits of account number  6987

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Balance Due on Prior Insurance Audit__

Is the claim subject to offset? ■ No ☐ Yes

$115,401.00

---

**3.67 Nonpriority creditor's name and mailing address**
Transworld Systems
507 Prudential Road
Horsham, PA 19044

Date(s) debt was incurred _
Last 4 digits of account number  0191

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __EZ Pass Collection__

Is the claim subject to offset? ■ No ☐ Yes

$232.00

---

**3.68 Nonpriority creditor's name and mailing address**
Transworld Systems
507 Prudential Road
Horsham, PA 19044

Date(s) debt was incurred _
Last 4 digits of account number  8003

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collection of EZ Pass  Violation__

Is the claim subject to offset? ■ No ☐ Yes

$136.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353,333.00 |
|---|---|---|---|

**3.69**

Nonpriority creditor's name and mailing address

Trib. Bridge & Tunnel Auth.
c/o Hoguet Newman Regal
10 East 40th Street
New York, NY 10016

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Alleged Tolls Violations

Is the claim subject to offset? ■ No ☐ Yes

$353,333.00

---

**3.70**

Nonpriority creditor's name and mailing address

Unifirst Corporation
205 Garfield Avenue
Stratford, CT 06615

Date(s) debt was incurred _

Last 4 digits of account number  5680

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,697.94

---

**3.71**

Nonpriority creditor's name and mailing address

Unifirst Corporation
205 Garfield Avenue
Stratford, CT 06615

Date(s) debt was incurred _

Last 4 digits of account number  2740

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,099.78

---

**3.72**

Nonpriority creditor's name and mailing address

Westchester School for
Special Children
45 Park Avenue
Yonkers, NY 10703

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Purchase of Vehicles

Is the claim subject to offset? ■ No ☐ Yes

$15,000.00

---

**3.73**

Nonpriority creditor's name and mailing address

Westchester Waste Oil
P.O. Box 254
Washingtonville, NY 10992-0254

Date(s) debt was incurred _

Last 4 digits of account number  5819

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Environmental Services

Is the claim subject to offset? ■ No ☐ Yes

$73.70

---

**3.74**

Nonpriority creditor's name and mailing address

Zarin & Steinmetz
81 Main Street
Suite 415
White Plains, NY 10601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Attorneys Fees

Is the claim subject to offset? ■ No ☐ Yes

$8,536.57

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | 200 SMRR LLC<br>The Cermele Law Firm PLLC<br>2 Westchester Park Dr. Ste 205<br>West Harrison, NY 10604 | Line  3.1<br>☐ Not listed. Explain ____ | _ |
| 4.2 | 870 Nepperhan Avenue LLC<br>c/o The Ceremele Law Firm PLLC<br>2 Westchester Park Dr, Ste 205<br>White Plains, NY 10604 | Line  3.4<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Action Auto Mart Inc.<br>c/o Murray S. Lubitz, Esq.<br>245 Main Street<br>White Plains, NY 10601 | Line  3.5<br>☐ Not listed. Explain ____ | _ |
| 4.4 | AEY Holdings LLC<br>c/o Stenger Roberts et al<br>1136 Route 9<br>Wappingers Falls, NY 12590 | Line  3.7<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Bethune & Associates<br>14435 N. 7th Street, Ste 201<br>Phoenix, AZ 85022 | Line  3.66<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Clearway<br>211-10 Hillside Avenu<br>Queens Village, NY 11427 | Line  3.49<br>☐ Not listed. Explain ____ | _ |
| 4.7 | FedEx<br>c/o North Shore Agency<br>270 Spagnoli Road, Sutie 110<br>Melville, NY 11747 | Line  3.23<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Freedom Financial Consulting<br>c/o Fitzgerald, Frank & Hewes<br>53 West Jackson Blvd, Ste 838<br>Chicago, IL 60604 | Line  3.24<br>☐ Not listed. Explain ____ | Attn: Phil Hewes, Esq. |
| 4.9 | IEH Auto Parts LLC<br>PO Box 417609<br>Boston, MA 02241-7609 | Line  3.11<br>☐ Not listed. Explain ____ | _ |
| 4.10 | John P. Pettinella & Assoc.<br>800 Westchester Avenue<br>Suite S608<br>Rye Brook, NY 10573 | Line  3.41<br>☐ Not listed. Explain ____ | _ |
| 4.11 | Kirkland & Ellis<br>601 Lexington Avenue<br>attn: Jay P. Lefkowitz, Esq.<br>New York, NY 10022 | Line  3.56<br>☐ Not listed. Explain ____ | _ |
| 4.12 | Michael J. Khader, P.C<br>733 Yonkers Avenue, Suite 200<br>Yonkers, NY 10704 | Line  3.60<br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------------------------|--------------------------------------------------------------------------|------------------------------------------|
| 4.13 | New York State Thurway Auth.<br>c/o Linebarger Goggan Blair<br>61 Broadway, Sutie 2600<br>New York, NY 10016 | Line 3.44<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | NYS Dept of Taxation & Finance<br>Attn: Jacqueline Auerbach, Esq<br>15 Metro Tech Center, 5th Floo<br>Brooklyn, NY 11201 | Line 2.3<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | Parts Authority<br>605 Albany Avenue<br>Amityville, NY 11701 | Line 3.49<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | Peter Merani, PC<br>1001 Avenue of hte Americas<br>Suite 1800<br>New York, NY 10018 | Line 3.53<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | Robinowtiz Cohlan Dubow &<br>Doherty, LLP<br>199 Main Street<br>White Plains, NY 10601 | Line 3.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044 | Line 3.36<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044 | Line 3.37<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|--|--|--|--|
| 5a. Total claims from Part 1 | 5a. | $ | 3,364,554.71 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,494,142.99 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 6,858,697.70 |

Debtor name     Allways East Transportation Inc.

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     16-22589

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
       (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | Non Residential Real Property Lease | 200 SMRR LLC<br>201 Saw Mill River Road<br>Yonkers, NY 10701 |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | Non-Residential Real Property Lease | 870 Nepperhan Avenue LLC<br>201 Saw Mill River Road<br>Yonkers, NY 10701 |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | Non Residential Real Property Lease | AEY Holdings LLC<br>c/o Stenger Roberts et al<br>1136 Route 9<br>Wappingers Falls, NY 12590 |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Agreement | |
|---|---|---|---|
| | State the term remaining | | Fleet Financing Resources, LLC<br>fka A-Z Resources, LLC<br>10370 Hemet Street #350<br>Riverside, CA 92503 |
| | List the contract number of any government contract | | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.   State what the contract or lease is for and the nature of the debtor's interest    Vehicle Lease Agreement

State the term remaining

List the contract number of any government contract

Freedom Financial Consulting
8221 Tristar Drive
Irving, TX 75063

---

2.6.   State what the contract or lease is for and the nature of the debtor's interest    (5) Vehicle Lease Agreements

State the term remaining

List the contract number of any government contract

Marc Moters, Inc.
c/o Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022

---

2.7.   State what the contract or lease is for and the nature of the debtor's interest    Master Open End Lease Agreement for Vehicles

State the term remaining

List the contract number of any government contract

Merchants Automotive Group
1278 Hooksett Road
Hooksett, NH 03106

---

2.8.   State what the contract or lease is for and the nature of the debtor's interest    Master Lease Agreement for Vehicles

State the term remaining

List the contract number of any government contract

Nations Fund I, LLC
501 Merritt Seven, 6th Floor
Norwalk, CT 06851

---

2.9.   State what the contract or lease is for and the nature of the debtor's interest    Vehicle Lease Agreement

State the term remaining

List the contract number of any government contract

Noonan Leasing, LLC
703 Co. Hwy 107
Johnstown, NY 12095

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   To be supplemented | | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |