# Exhibit "B"

| | | |
|---|---|---|
| **Customer Name:** Allways East Transportation | **Remit Payment To:**<br>Merchants Automotive Group Inc<br>PO Box 414438<br>Boston, MA 02241-4438<br>(877) 870-4999 | **Invoice Date:** 06/11/2016 |
| **Account Number:** LS008225 | | **Invoice Number:** LW 0101499 |
| **Customer PO:** | | **Billing Month:** July |
| **Contract:** | | |
| **Total Charges:** $83,889.41 | | |
| **Division:** | | |

Remittance Coupon - This Invoice Due and Payable By 7/2/2016

✂ ---------------------------------------------------------------------------------------- ✂

# INVOICE

Allways East Transportation
870 Nepperhan Ave
Yonkers, NY 10703


MERCHANTS FLEET MANAGEMENT

| | |
|---|---|
| **Invoice Date:** | 06/11/2016 |
| **Account Number:** LS008225 | **Invoice Number:** LW 0101499 |
| **Monthly Invoice Summary** | **Number of Active Leases:** 62 |

### Rental Summary

| | |
|---|---:|
| Monthly Depreciation | 48,852.28 |
| Management Fees | 3,909.83 |
| Interest | 16,195.09 |
| Other Charges | 9,592.90 |
| Sales Tax | 1,027.62 |
| **Total Rent** | **79,577.72** |

### Other Charges Summary

| | |
|---|---:|
| Fleet Admin Fee | 5.00 |
| Late Fee Income | 4,295.75 |
| Toll Charge | 10.50 |
| Sales Tax | 0.44 |
| **Total Other Charges** | **4,311.69** |
| **Total Charges** | **$83,889.41** |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225                                   **Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 525164 | 2010/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Over Term Rent | 1,210.36 | 0.00 | 0.00 | 0.00 | 107.42 | 1,317.78 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $50,908.20 | $0.00 | $10,900.00 | 57 | 42 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDFE4FL9ADA93448 | | | ADA93448 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 1,210.36 | 0.00 | 0.00 | 0.00 | 107.42 | 1,317.78 |
| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 526246 | 2011/Chevrolet/Express Commercial Cutaway | | | NY | 07/01/2016 | Over Term Rent | 1,268.02 | 0.00 | 0.00 | 0.00 | 112.54 | 1,380.56 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $53,295.00 | $0.00 | $10,700.00 | 55 | 42 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1GB6G5BG0B1166307 | | | 166307 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 1,268.02 | 0.00 | 0.00 | 0.00 | 112.54 | 1,380.56 |
| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 526247 | 2011/Chevrolet/Express Commercial Cutaway | | | NY | 07/01/2016 | Over Term Rent | 1,268.02 | 0.00 | 0.00 | 0.00 | 112.54 | 1,380.56 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $53,295.00 | $0.00 | $10,700.00 | 55 | 42 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1GB6G5BG2B1167989 | | | 167989 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 1,268.02 | 0.00 | 0.00 | 0.00 | 112.54 | 1,380.56 |
| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 526248 | 2011/Chevrolet/Express Commercial Cutaway | | | NY | 07/01/2016 | Over Term Rent | 1,268.02 | 0.00 | 0.00 | 0.00 | 112.54 | 1,380.56 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $53,295.00 | $0.00 | $10,700.00 | 55 | 42 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1GB6G5BG2B1168236 | | | 168236 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 1,268.02 | 0.00 | 0.00 | 0.00 | 112.54 | 1,380.56 |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225

**Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 526249 | 2011/GMC/Savana Commercial Cutaway | | | NY | 07/01/2016 | Over Term Rent | 1,144.62 | 0.00 | 0.00 | 0.00 | 101.59 | 1,246.21 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $48,174.60 | $0.00 | $9,634.00 | 55 | 42 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1GD372BG6B1158706 | | | 158706 | | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 1,144.62 | 0.00 | 0.00 | 0.00 | 101.59 | 1,246.21 |
| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 526250 | 2010/GMC/Savana Commercial Cutaway | | | NY | 07/01/2016 | Over Term Rent | 1,144.62 | 0.00 | 0.00 | 0.00 | 101.59 | 1,246.21 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $48,174.60 | $0.00 | $9,634.00 | 55 | 42 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1GD6G2AG4A1138886 | | | 138886 | | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 1,144.62 | 0.00 | 0.00 | 0.00 | 101.59 | 1,246.21 |
| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 526251 | 2010/Chevrolet/Express Commercial Cutaway | | | NY | 07/01/2016 | Over Term Rent | 1,144.62 | 0.00 | 0.00 | 0.00 | 101.59 | 1,246.21 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $48,174.60 | $0.00 | $9,634.00 | 55 | 42 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1GB6G2AG7A1127552 | | | 127552 | | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 1,144.62 | 0.00 | 0.00 | 0.00 | 101.59 | 1,246.21 |
| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 526252 | 2010/Chevrolet/Express Commercial Cutaway | | | NY | 07/01/2016 | Over Term Rent | 1,144.62 | 0.00 | 0.00 | 0.00 | 101.59 | 1,246.21 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $48,174.60 | $0.00 | $9,634.00 | 55 | 42 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1GB6G2AG4A1127640 | | | 127640 | | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 1,144.62 | 0.00 | 0.00 | 0.00 | 101.59 | 1,246.21 |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225

**Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550820 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,330.31 | 240.81 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,882.11 | $22,615.29 | $0.00 | 22 | 31 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL1DDB09796 | | | B09796 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,330.31 | 240.81 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550821 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL5DDB09784 | | | B09784 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550822 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL9DDB03387 | | | B03387 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550823 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL9DDB03471 | | | B03471 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

Accounts over 30 days are subject to a SERVICE CHARGE of $1.50 per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS FLEET MANAGEMENT

**Account Number :** LS008225

**Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550824 | 2014/Ford/Econoline Commercial Cutaway | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL3DDB03384 | | | | B03384 | | | | | | | | | |
| | | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 550825 | 2014/Ford/Econoline Commercial Cutaway | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL9DDB03468 | | | | B03468 | | | | | | | | | |
| | | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 550826 | 2014/Ford/Econoline Commercial Cutaway | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL0DDB03391 | | | | B03391 | | | | | | | | | |
| | | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 550827 | 2014/Ford/Econoline Commercial Cutaway | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL2DDB03389 | | | | B03389 | | | | | | | | | |
| | | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225  **Customer Name :** Allways East Transportation

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 550828 | 2014/Ford/Econoline Commercial Cutaway | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 1FDEE3FL7DDB03467 | B03467 |

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Vehicle Total Payment : | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 550829 | 2014/Ford/Econoline Commercial Cutaway | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 1FDEE3FL5DDB03466 | B03466 |

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Vehicle Total Payment : | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 550830 | 2014/Ford/Econoline Commercial Cutaway | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 1FDEE3FL8DDB03395 | B03395 |

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Vehicle Total Payment : | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 550831 | 2014/Ford/Econoline Commercial Cutaway | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 1FDEE3FL4DDB03393 | B03393 |

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Vehicle Total Payment : | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

Accounts over 30 days are subject to a SERVICE CHARGE of 1-½% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225

**Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550832 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL2DDB03392 | | | B03392 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 550833 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL5DDB03399 | | | B03399 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 550834 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL7DDB03470 | | | B03470 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
| 550835 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL9DDB03390 | | | B03390 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

Accounts over 30 days are subject to a SERVICE CHARGE of 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS FLEET MANAGEMENT

**Account Number :** LS008225

**Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550836 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FLXDDB03401 | | | B03401 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550837 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL1DDB03464 | | | B03464 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550838 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FLXDDB07139 | | | B07139 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550839 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL4DDB03474 | | | B03474 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

Accounts over 30 days are subject to a SERVICE CHARGE of 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225

**Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550840 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | July | | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL7DDB07115 | | | B07115 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550841 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | July | | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL4DDB07153 | | | B07153 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550842 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | July | | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL8DDB03459 | | | B03459 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550843 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | July | | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL2DDB07135 | | | B07135 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225                                   **Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550844 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL2DDB07121 | | | B07121 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550845 | 2014/Ford/Econoline Commercial Cutaway | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $51,885.07 | $20,046.40 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE3FL7DDB07129 | | | B07129 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,179.21 | 391.91 | 74.48 | 0.00 | 1,645.60 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550847 | 2014/Ford/30 Passenger Bus | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,433.91 | 470.59 | 81.11 | 0.00 | 1,985.61 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $61,658.09 | $22,942.52 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE4FL3EDA68966 | | | A68966 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,433.91 | 470.59 | 81.11 | 0.00 | 1,985.61 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 550848 | 2014/Ford/30 Passenger Bus | | | NY | 07/01/2016 | Lease Rental | 0.00 | 1,433.91 | 470.59 | 81.11 | 176.22 | 2,161.83 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $61,658.09 | $22,942.52 | $0.00 | 27 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 1FDEE4FL5EDA68967 | | | A68967 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 1,433.91 | 470.59 | 81.11 | 176.22 | 2,161.83 |

Accounts over 30 days are subject to a SERVICE CHARGE of 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225    **Customer Name :** Allways East Transportation

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 551299 | 2014/Ford/Econoline Commercial Cutaway | NY | 07/01/2016 | Lease Rental | 0.00 | 1,301.23 | 432.46 | 77.77 | 0.00 | 1,811.46 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $57,254.29 | $22,121.08 | $0.17 | 27 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 1FDEE3FL8DDB19421 | B19421 |

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Vehicle Total Payment : | 0.00 | 1,301.23 | 432.46 | 77.77 | 0.00 | 1,811.46 |

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 551300 | 2014/Ford/Econoline Commercial Cutaway | NY | 07/01/2016 | Lease Rental | 0.00 | 1,301.23 | 432.46 | 77.77 | 0.00 | 1,811.46 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $57,254.29 | $22,121.08 | $0.17 | 27 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 1FDEE3FL2DDB19415 | B19415 |

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Vehicle Total Payment : | 0.00 | 1,301.23 | 432.46 | 77.77 | 0.00 | 1,811.46 |

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 551301 | 2014/Ford/Econoline Commercial Cutaway | NY | 07/01/2016 | Lease Rental | 0.00 | 1,301.23 | 432.46 | 77.77 | 0.00 | 1,811.46 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $57,254.29 | $22,121.08 | $0.17 | 27 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 1FDEE3FLXDDB19419 | B19419 |

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Vehicle Total Payment : | 0.00 | 1,301.23 | 432.46 | 77.77 | 0.00 | 1,811.46 |

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 551302 | 2014/Ford/Econoline Commercial Cutaway | NY | 07/01/2016 | Lease Rental | 0.00 | 1,301.23 | 432.46 | 77.77 | 0.00 | 1,811.46 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $57,254.29 | $22,121.08 | $0.17 | 27 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 1FDEE3FL3DDB19424 | B19424 |

|  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Vehicle Total Payment : | 0.00 | 1,301.23 | 432.46 | 77.77 | 0.00 | 1,811.46 |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225  **Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551405 | 2014/Dodge/Grand Caravan | | | NY | 07/01/2016 | Lease Rental | 0.00 | 421.47 | 144.01 | 66.79 | 0.00 | 632.27 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $18,544.84 | $6,743.68 | $0.16 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 2C4RDGCG7CR296092 | | | 296092 | | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 0.00 | 421.47 | 144.01 | 66.79 | 0.00 | 632.27 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551406 | 2012/Dodge/Grand Caravan | | | NY | 07/01/2016 | Lease Rental | 0.00 | 421.47 | 144.01 | 66.79 | 0.00 | 632.27 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $18,544.84 | $6,743.68 | $0.16 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 2C4RDGCG5CR384610 | | | 384610 | | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 0.00 | 421.47 | 144.01 | 66.79 | 0.00 | 632.27 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551407 | 2012/Dodge/Grand Caravan | | | NY | 07/01/2016 | Lease Rental | 0.00 | 421.47 | 144.01 | 66.79 | 0.00 | 632.27 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $18,544.84 | $6,743.68 | $0.16 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 2C4RDGCGXCR358696 | | | 358696 | | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 0.00 | 421.47 | 144.01 | 66.79 | 0.00 | 632.27 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551408 | 2012/Dodge/Grand Caravan | | | NY | 07/01/2016 | Lease Rental | 0.00 | 421.47 | 144.01 | 66.79 | 0.00 | 632.27 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $18,544.84 | $6,743.68 | $0.16 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 2C4RDGCGXCR388541 | | | 388541 | | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 0.00 | 421.47 | 144.01 | 66.79 | 0.00 | 632.27 |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.50 per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.



| Account Number : | LS008225 | | | | | Customer Name : | Allways East Transportation | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551409 | 2012/Dodge/Grand Caravan | | | NY | | 06/01/2016 | Fleet Admin Fee | 5.00 | 0.00 | 0.00 | 0.00 | 0.44 | 5.44 |
| Cap Cost | NBV | Res Value | Months Billed | | Term | 06/01/2016 | Toll Charge | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 |
| $18,544.84 | $6,743.68 | $0.16 | 28 | | 36 | 07/01/2016 | Lease Rental | 0.00 | 421.47 | 144.01 | 66.79 | 0.00 | 632.27 |
| Driver | | | | Billing Month | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| VIN | | | PO Number | | | | | | | | | | |
| 2C4RDGCG1CR373300 | | | 373300 | | | | | | | | | | |
| | | | | | | | Vehicle Total Payment : | 15.50 | 421.47 | 144.01 | 66.79 | 0.44 | 648.21 |

| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551410 | 2013/Dodge/Grand Caravan | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| Cap Cost | NBV | Res Value | Months Billed | | Term | | | | | | | | |
| $20,759.79 | $7,842.55 | $0.00 | 28 | | 36 | | | | | | | | |
| Driver | | | | Billing Month | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| VIN | | | PO Number | | | | | | | | | | |
| 2C4RDGCG3DR576531 | | | 576531 | | | | | | | | | | |
| | | | | | | | Vehicle Total Payment : | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551411 | 2013/Dodge/Grand Caravan | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| Cap Cost | NBV | Res Value | Months Billed | | Term | | | | | | | | |
| $20,759.79 | $7,842.55 | $0.00 | 28 | | 36 | | | | | | | | |
| Driver | | | | Billing Month | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| VIN | | | PO Number | | | | | | | | | | |
| 2C4RDGCG4DR553727 | | | 553727 | | | | | | | | | | |
| | | | | | | | Vehicle Total Payment : | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551412 | 2013/Dodge/Grand Caravan | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| Cap Cost | NBV | Res Value | Months Billed | | Term | | | | | | | | |
| $20,759.79 | $7,842.55 | $0.00 | 28 | | 36 | | | | | | | | |
| Driver | | | | Billing Month | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| VIN | | | PO Number | | | | | | | | | | |
| 2C4RDGCG0DR581699 | | | 581699 | | | | | | | | | | |
| | | | | | | | Vehicle Total Payment : | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number:** LS008225

**Customer Name:** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551413 | 2013/Dodge/Grand Caravan | | | NY | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $20,759.79 | $7,842.55 | $0.00 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | |
| 2C4RDGCG9DR551617 | | | | 551617 | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551414 | 2013/Dodge/Grand Caravan | | | NY | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $20,759.79 | $7,842.55 | $0.00 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | |
| 2C4RDGCG9DR552816 | | | | 552816 | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551415 | 2013/Dodge/Grand Caravan | | | NY | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $20,759.79 | $7,842.55 | $0.00 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | |
| 2C4RDGCG2DR591120 | | | | 591120 | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551416 | 2013/Dodge/Grand Caravan | | | NY | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $20,759.79 | $7,842.55 | $0.00 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | |
| 2C4RDGCG3DR590977 | | | | 590977 | | | | | | | | |
| | | | | | | Vehicle Total Payment : | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225                                **Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551417 | 2013/Dodge/Grand Caravan | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| **Cap Cost** | | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $20,759.79 | | $7,842.55 | $0.00 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | | |
| 2C4RDGCG1DR552163 | | | | 552163 | | | | | | | | | |
| | | | | | | | **Vehicle Total Payment :** | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551418 | 2013/Dodge/Grand Caravan | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| **Cap Cost** | | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $20,759.79 | | $7,842.55 | $0.00 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | | |
| 2C4RDGCGXDR523552 | | | | 523552 | | | | | | | | | |
| | | | | | | | **Vehicle Total Payment :** | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551419 | 2013/Dodge/Grand Caravan | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| **Cap Cost** | | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $20,759.79 | | $7,842.55 | $0.00 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | | |
| 2C4RDGCG4DR523238 | | | | 523238 | | | | | | | | | |
| | | | | | | | **Vehicle Total Payment :** | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

| Unit | Vehicle Description | | | Tax State | | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551420 | 2013/Dodge/Grand Caravan | | | NY | | 07/01/2016 | Lease Rental | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |
| **Cap Cost** | | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $20,759.79 | | $7,842.55 | $0.00 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | | |
| **VIN** | | | | **PO Number** | | | | | | | | | |
| 2C4RDGCG6DR550635 | | | | 550635 | | | | | | | | | |
| | | | | | | | **Vehicle Total Payment :** | 0.00 | 461.33 | 159.54 | 68.16 | 0.00 | 689.03 |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225   **Customer Name :** Allways East Transportation

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 551421 | 2014/Dodge/Grand Caravan | NY | 07/01/2016 | Lease Rental | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $22,760.45 | $9,754.45 | $0.00 | 28 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 2C4RDGBG4ER260316 | 260316 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Vehicle Total Payment : | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 551422 | 2014/Dodge/Grand Caravan | NY | 07/01/2016 | Lease Rental | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $22,760.45 | $9,754.45 | $0.00 | 28 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 2C4RDGBG4ER273986 | 273986 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Vehicle Total Payment : | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 551423 | 2014/Dodge/Grand Caravan | NY | 07/01/2016 | Lease Rental | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $22,760.45 | $9,754.45 | $0.00 | 28 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 2C4RDGBG2ER268138 | 268138 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Vehicle Total Payment : | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |

| Unit | Vehicle Description | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 551424 | 2014/Dodge/Grand Caravan | NY | 07/01/2016 | Lease Rental | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |

| Cap Cost | NBV | Res Value | Months Billed | Term |
|---|---|---|---|---|
| $22,760.45 | $9,754.45 | $0.00 | 28 | 36 |

| Driver | Billing Month |
|---|---|
| Yonkers Pool | July |

| VIN | PO Number |
|---|---|
| 2C4RDGBG0ER273998 | 273998 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Vehicle Total Payment : | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |

Accounts over 30 days are subject to a SERVICE CHARGE OF 1.5% per month on the unpaid balance. ANNUAL PERCENTAGE RATE OF 18%.

# MERCHANTS
## FLEET MANAGEMENT

**Account Number :** LS008225                                **Customer Name :** Allways East Transportation

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551425 | 2014/Dodge/Grand Caravan | | | NY | 07/01/2016 | Lease Rental | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $22,760.45 | $9,754.45 | $0.00 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 2C4RDGBGXER268162 | | | 268162 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551426 | 2014/Dodge/Grand Caravan | | | NY | 07/01/2016 | Lease Rental | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $22,760.45 | $9,754.45 | $0.00 | 28 | 36 | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| Yonkers Pool | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| 2C4RDGBG9ER278701 | | | 278701 | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 0.00 | 464.50 | 168.42 | 69.39 | 0.00 | 702.31 |

| Unit | Vehicle Description | | | Tax State | Date | Charge Description | Other Charges | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8225 | // | | | NY | 06/01/2016 | Late Fee Income | 4,295.75 | 0.00 | 0.00 | 0.00 | 0.00 | 4,295.75 |
| **Cap Cost** | **NBV** | **Res Value** | **Months Billed** | **Term** | | | | | | | | |
| $0.00 | $0.00 | $0.00 | 57 | | | | | | | | | |
| **Driver** | | | | **Billing Month** | | | | | | | | |
| | | | | July | | | | | | | | |
| **VIN** | | | **PO Number** | | | | | | | | | |
| | | | | | | **Vehicle Total Payment :** | 4,295.75 | 0.00 | 0.00 | 0.00 | 0.00 | 4,295.75 |

|  | Other | Monthly Depr | Interest | Mgmt Fee | Sales Tax | Line Total |
|---|---|---|---|---|---|---|
| **Invoice Total:** | $13,904.15 | $48,852.28 | $16,195.09 | $3,909.83 | $1,028.06 | $83,889.41 |