UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

ALLWAYS EAST TRANSPORTATION, INC.,

Chapter 11
Case No. 16-22589(RDD)

Debtor.
------------------------------------------------------------X

**AMENDED ORDER DIRECTING DEBTOR'S FORMER BOOKKEEPER, LORI JACKMAN TO APPEAR FOR ORAL EXAMINATION AND TO PRODUCE CERTAIN DOCUMENTS PURSUANT TO RULE 2004, FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the motion, dated August 24, 2016 (the "Motion")[1] of Allways East Transportation, Inc., the debtor and debtor-in-possession herein (the "Debtor"), by its attorneys DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, for entry of an order, pursuant to Rule 2004, Federal Rules of Bankruptcy Procedure, directing examinee, Lori Jackman (the "Examinee") to (1) to appear for oral examination and (2) to produce the Documents as set forth on Exhibit "A" to the Motion and hereto; and, after due notice, there being no objections to the requested relief; and no additional notice or hearing being required except as set forth herein; and, after due deliberation, the Court having found that the Debtor has established sufficient cause for the relief granted herein, the Court entered an Order, dated September 19, 2016 granting the Motion; and counsel for the Debtor having requested an amendment to such Order in light of the inability to personally serve the Examinee at her last address, a P.O. box; and good and sufficient cause appearing for such relief under Fed. R. Bankr. P. 9023, it is hereby

**ORDERED** that the Motion is granted and the Examinee shall (a) produce the Documents, as set forth as Exhibit "A" hereto, in her possession, custody or control (including any Documents in electronic or digital format) to the Debtor and (b) appear for oral examination at the offices DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Avenue, 11th Floor, White Plains, New York 10601, on and after September 27, 2016, at times to be specified in subpoenas issued in accordance with this Order and Bankruptcy Rule 9016; and it is further

**ORDERED** that service by overnight courier or overnight mail of a subpoena and a copy of this Order shall be made on the Examinee at her last known address on or before September 21, 2016; and it is further

**ORDERED**, that this Order is without prejudice to the assertion of any applicable privilege; provided, that it a Document is withheld from production on the basis of an asserted privilege, the Examinee shall produce a proper privilege log to counsel for the Debtor at the time of the required Document production.

Dated: White Plains, New York
September 21, 2016

      /s/ Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE