DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

               Chapter 11

ALLWAYS EAST TRANSPORTATION INC.  Case No. 16-22589 (RDD)

     Debtor.
-----------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
            ) SS.:
COUNTY OF WESTCHESTER )

  Laura Marshall, being duly sworn, deposes:

  Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One Lexington Avenue, White Plains, New York 10601.

  On the 27th day of December, 2016, Deponent served a copy of a *Notice Of Hearing On Debtor's Motion Seeking Entry Of: (I) Sale Procedures Order: (A) Approving Bidding Procedures, (B) Approving The Form And Manner Of Notice, (C) Scheduling An Auction And Sale Confirmation Hearing, (D) Establishing Executory Contract Cure Amounts And Deadlines; And (E) Approving A Break-Up Fee And Expense Reimbursement; And (Ii) Sale Approval Order: (A) Authorizing The Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Interests And Encumbrances, (B) Authorizing The Assumption And Assignment And/Or, Rejection, As Applicable, Of Certain Executory Contracts And Leases In Connection Therewith, (C) Granting The Successful Bidder Good Faith Status And (D) Granting Related Relief* upon the parties listed on the attached service list, by depositing a true copy of same enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York by First Class mail.

                  */s/ Laura Marshall*
                  Laura Marshall

Sworn to before me this
27th day of December, 2016

*/s/ Bryn A. Leonardo*
Notary Public ~ State of New York

# SERVICE LIST

Port Authority of NY and NJ
Office of James M. Begley
Attn: Margaret Taylor Finucane
4 World Trade, 150 Greenwich Street
New York, New York 10007

Fleet Financing Resources, LLC
c/o Frank Peretore, Esq.
Chiesa Shahinian & Giantomasi, P.C.
One Boland Drive
West Orange, NJ 07052

Bruce Minkoff
Robinowitz Cohlan
Dubow & Doherty, LLP
199 Main Street
White Plains, NY 10601

Chrystal Puleo
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

Steven Wilamowsky
Chapman and Cutler LLP
1270 Avenue of the Americas, 30th Flr
New York, NY 10020

Thomas Genova
Genova & Malin, Attorneys
Hampton Business Center
1136 Route 9
Wappingers Falls, NY 12590-4332

Office of the US Trustee
Southern District of New York
201 Varick Street, Room 1006
New York, NY 10004
Attn: Andrea Schwartz, Esq.

Santander Bank, N.A.
PO Box 13098
Reading, PA 19612-3098

NYS Thruway Authority
Attn: Michael Perrotto
200 Southern Blvd., PO Box 189
Albany, NY 12201

Broadway Advance
39 Broadway Suite 930
New York NY 10006

Scott D. Chait
Chiesa Shahinian & Giantomasi, P.C.
One Boland Drive
West Orange, NJ 07052

Peter Merani, PC
1001 Avenue of the Americas
Suite 1800
New York, NY 10018

Laura E. Appleby
Chapman and Cutler LLP
1270 Avenue of the Americas, Fl. 30
New York, NY 10020-1708

Barak P Cardenas
Cardenas Islam & Associates, PLLC
175-61 Hillside Avenue, Suite 302
Jamaica, NY 11432

Michael S. Davis
Zeichner Ellman & Krause, LLP
1211 Avenue of the Americas
40th Floor
New York, NY 10036

Robert M. Hirsh
Arent Fox LLP
1675 Broadway
New York, NY 10019

Bethune & Associates
14435 North 7th Street
Suite 201
Pheonix, AZ 85022-4371

People's United Equip Finance
f/k/a Financial Federal Credit
300 Frank W. Burr Boulevard
Teaneck, NJ 07666

Triboro Bridge & Tunnel Authority
Office of General Counsel
2 Broadway, 24th Floor
New York, New York 10004
Attn: Matthew Brotmann, Esq.

Country Club Service Station
765 Tuckahoe Road
Yonkers, NY 10710

Paulina Stamatelos
NYS Office of the Attorney General
120 Broadway
24th Floor
New York, NY 10271

Lisa Arlyn Lowe
Buckley King LPA
1400 Fifth Third Center
600 Superior Avenue East
Cleveland, OH 44114

George V. Utlik
Arent Fox LLP
1675 Broadway
New York, NY 10019

Seth M. Choset
Weinberg, Gross & Pergament, LLP
400 Garden City Plaza, Suite 403
Garden City, NY 11530

Marita S. Erbeck
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932

Alexander Terras
Reed Smith LLP
10 S. Wacker Drive
Suite 4000
Chicago, IL 60606

Action Auto Mart Inc.
250 E. Hartsdale Ave, Ste 36
Hartsdale, NY 10530

NYS Thruway Authority
Attn: Henry Collins
200 Southern Blvd., PO Box 189
Albany, NY 12201

NYS Thruway Authority
Attn: Jason Goldstein
200 Southern Blvd., PO Box 189
Albany, NY 12201

Cannon Financial Services, Inc.
604 Route 73 North
Suite 305
Marlton, NJ 08053

| | | |
|---|---|---|
| Arthur J. Gallagher<br>Risk Management Services<br>377 Oak Street<br>Garden City, NY 11530 | Zarin & Steinmetz<br>81 Main Street<br>Suite 415<br>White Plains, NY 10601 | Law Office of Robert A. Hyams<br>295 Madison Avenue, Ste. 1600<br>New York, New York 10017<br>Attn: Keith Chester, Esq. |
| NYS Dept of Taxation & Finance<br>Attn: Jacqueline Auerbach, Esq<br>15 Metro Tech Center, 5th Floo<br>Brooklyn, NY 11201 | Anthony I. Giacobbe, Jr.<br>Zeichner Ellman & Krause, LLP<br>1211 Avenue of the Americas<br>40th Floor<br>New York, NY 10036 | NYS Unemployment<br>Insurance Fund<br>P.O. Box 551<br>Albany, NY 12201 |
| NYS Thruway Authority<br>Attn: Pattijo Trestick<br>200 Southern Blvd., PO Box 189<br>Albany, NY 12201 | Paul J. Labov<br>Fox Rothschild LLP<br>100 Park Avenue, 15th Floor<br>New York, NY 10017 | Teresa Sadutto-Carley<br>Platzer, Swergold, Levine,<br>Goldberg, Katz & Jaslow, LLP<br>475 Park Avenue South, 18th Floor<br>New York, NY 10016 |
| New York State Thurway Auth.<br>c/o Linebarger Goggan Blair<br>61 Broadway, Sutie 2600<br>New York, NY 10016 | NYS Thruway Authority<br>Attn: Brian Cassidy<br>200 Southern Blvd., PO Box 189<br>Albany, NY 12201 | NYS Thruway Authority<br>Attn: Henry Collins<br>200 Southern Blvd., PO Box 189<br>Albany, NY 12201 |
| Service Bus Company Inc.<br>756 Nepperhan Avenue<br>Yonkers, NY 10703 | Trib. Bridge & Tunnel Auth.<br>c/o Hoguet Newman Regal<br>10 East 40th Street<br>New York, NY 10016 | Lori Jackman<br>PO Box 734<br>Broton Falls, New York 10519 |
| Mark S. Lichtenstein<br>Crowell & Moring LLP<br>590 Madison Avenue, 20th Fl<br>New York, NY 10022 | | |