DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

ALLWAYS EAST TRANSPORTATION INC.

     Debtor.
------------------------------------------------------------X

Chapter 11
Case No. 16-22589 (RDD)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
          ) SS.:
COUNTY OF WESTCHESTER )

  Daisy A. Pons, being duly sworn, deposes:

Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One Lexington Avenue, White Plains, New York 10601.

  On the 18th and 19th day of January, 2017, Deponent served a copy of a Sales Procedures Order (i) Approving Bidding Procedures, (ii) Approving the Form and Manner of Notice, (iii) Scheduling an Auction and Sale Hearing, (iv) Approving a Break-Up Fee and Expense Reimbursement, and (v) Establishing Executory Contract Cure Amounts and Deadlines, upon the parties listed on the attached service list, by depositing a true copy of same enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service in the State of New York by First Class mail.

                   */s/ Daisy A. Pons*
                   Daisy A. Pons

Sworn to before me this
19th day of January, 2017
*/s/ Bryn A. Leonardo*
Bryan A. Leonardo
Notary Public ~ State of New York

# SERVICE LIST

200 SMRR LLC
201 Saw Mill River Road
Yonkers, NY 10701

228 Myers Corners LLC
Robinowitz Cohlan Dubow & Doherty
Attn: Bruce Minkoff, Esq.
199 Main Street, Suite 500
White Plains, New York 10601

4 Star Auto Glass
4138 Boston Road
Bronx, NY 10475

870 Nepperhan Avenue LLC
201 Saw Mill River Road
Yonkers, NY 10701

Action Auto Mart Inc.
250 E. Hartsdale Ave, Ste 36
Hartsdale, NY 10530

Port Authority of NY and NJ
Office of James M. Begley
Attn: Margaret Taylor Finucane
4 World Trade, 150 Greenwich Street
New York, New York 10007

AEY Holdings LLC
c/o Thomas Genova, Esq.
Genova & Malin, Esq.
1136 Route 9
Wappingers Falls, NJ 12590

AFLAC
Remittance Processing Service
1932 Wynnton Road
Columbus, GA 31999-6005

Amtrust North America
c/o Lisa Arlyn Lowe, Esq.
Buckley King LLP
1400 Fifth Third Center
600 Superior Avenue East
Cleveland, OH 44114

Arthur J. Gallagher
Risk Management Services
377 Oak Street
Garden City, NY 11530

AutoPlus Auto Parts
49 Elm Street
Fishkill, NY 12524

Cannon Financial Services, Inc.
604 Route 73 North
Suite 305
Marlton, NJ 08053

Canon Financial Services, Inc.
601 Rt. 73 N., Suite 305
Marlton, NJ 08053

Central Hudson Gas
& Electric Corporation
284 South Avenue
Poughkeepsie, NY 12601

Choice Distribution Inc.
111 Bell Street
West Babylon, NY 11704

Con Edison Company Of NY
4 Irving Pl., Room 1875-S
Attn: Bankruptcy Group
New York, NY 10003

Country Club Service Station
765 Tuckahoe Road
Yonkers, NY 10710

D.C., an infant by J. Capucci
c/o Spiegel & Barbato, LLP
2622 East Tremont Avenue
Bronx, NY 10461

Department of Labor
P.O. Box 15130
Albany, NY 12212-5130

El Jebel II, LLC
75 Commerceial Street
Plainview, NY 11803

Ext Oil
67 McLean Avenue
Yonkers, NY 10705

FedEx Revenue Recovery Dept
PO Box 271461
Pittsburgh, PA 15250-7461

Fleet Financing Resources, LLC
c/o Frank Peretore, Esq.
Chiesa Shahinian & Giantomasi, P.C.
One Boland Drive
West Orange, NJ 07052

Freedom Financial Consulting, Inc.
c/o Platzer Swergold Levine, et al.
Attn: Scott K. Levine, Esq.
475 Park Avenue South, 18th FL
New York, New York 10016

Gibraltar Transmission
95 Vredenburgh Avenue
Yonkers, NY 10704

Goosetown
58 N. Harrison Avenue
Congers, NY 10920

Scott D. Chait, Esq.
Chiesa Shahinian & Giantomasi, P.C.
One Boland Drive
West Orange, NJ 07052

| | | |
|---|---|---|
| Linebarger Goggan Blair<br>61 Broadway, Ste 2600<br>New York, NY 10006 | Magna Carta<br>One Park Avenue<br>attn: Kennet Wasserman<br>New York, NY 10016-5802 | Marc Motors, Inc.<br>c/o CROWELL & MORNING LLP<br>Attn: Mark S. Lichtenstein, Esq.<br>590 Madison Avenue, 20th Floor<br>New York, New York 10022 |
| Matrix Security Systems Inc.<br>4 Bellain Avenue<br>Harrison, NY 10528 | Merchants Automotive Group<br>c/o REED SMITH, LLP<br>Attn: Alexander Terras, Esq.<br>10 S. Wacker Drive, Ste 4000<br>Chicago, IL 60606 | MidHudson Emergency Physician<br>PO Box 6194<br>Parsippany, NJ 07054-7194 |
| MTA Bridges and Tunnels<br>E-Z Pass Tolls by Mail<br>P.O. Box 15183<br>Albany, NY 12212-5183 | New York State Insurance Fund<br>Workers Compensation<br>328 State Street, Finance Unit<br>Albany, New York123050 | Saurin Shah<br>NATIONS FUND I, LLC<br>501 Merritt Seven, 6th Floor<br>Norwalk, CT 06851 |
| Nepperhan Owners Corp.,<br>925 Saw Mill River Road<br>Yonkers, NY 10710 | NYS Dept of Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | State of NY Dept. of Labor Unemployment Ins. Division<br>Governor W. Averell Harriman State Bldg<br>12, Rom 256<br>Albany, NY 12240 |
| Noonan Leasing, LLC<br>703 County Highway 107<br>Johnstown, NY 12095 | Optimum Online<br>111 Stewart Avenue<br>Bethpage, NY 11714 | NYS Thruway Authority<br>Attn: Kathleen Clark<br>200 Southern Blvd<br>Albany, NY 12209 |
| Optimum<br>111 Stewart Avenue<br>Bethpage, NY 11714 | Port Authority of NY and NJ<br>225 Park Avenue South<br>New York, NY 10003 | Parts Authority Pro Parts/CAP<br>495 Merrick Road<br>Rockville Centre, NY 11570 |
| Patriot Testing Services, Inc.<br>PO Box 1203<br>Carver, MA 02330 | Ramaz Scool<br>c/o KIRLAND & ELLIS LLP<br>Attn: Rebecca Blake Chaikin, Esq.<br>601 Lexington Avenue<br>New York, new York 10022 | Pay-O-Matic<br>166-30 Jamaica Avenue<br>2nd Flr.<br>Jamaica, NY 11432 |
| People's United Equip Finance<br>f/k/a Financial Federal Credit<br>300 Frank W. Burr Boulevard<br>Teaneck, NJ 07666 | Service Bus Company Inc.<br>c/o Penachio Malara LLP<br>235 Main Street, Suite 610<br>White Plains, New York 10601 | Price Chopper Supermarkets<br>461 Nott Street<br>Schenectady, NY 12308 |
| Allways East Transportation<br>R. Dana Pest Control<br>2 Samsondale Avenue<br>West Haverstraw, NY 10993 | Paulina Stamatelos<br>NYS Office of the Attorney General<br>120 Broadway, 24th Floor<br>New York, NY 10271 | Royal Carting Service Co.<br>P.O. Box 1209<br>Hopewell Junction, NY 12533 |
| Santander Bank , N.A.<br>PO Box 13098<br>Reading, PA 19612-3098 | Lisa Arlyn Lowe, Esq.<br>Buckley King LPA<br>1400 Fifth Third Center<br>600 Superior Avenue East<br>Cleveland, OH 44114 | Silvana Zambrano<br>c/o Helen F. Dalton & Assoc.<br>69-12 Austin Street - 2nd Fl<br>Forest Hills, NY 11375 |

| | | |
|---|---|---|
| Standard Security Life Ins Com<br>485 Madison Avenue<br>New York, NY 10022-5872 | Suburban Propane<br>240 Route 10 West<br>Whippany, NJ 07981-0160 | T Mobile<br>PO Box 37380<br>Albuquerque, NM 87176 |
| Tolls by Mail Payment Processi<br>PO box 15183<br>Albany, NY 12212-5183 | Tower Group Companies<br>P.O. Box 5265<br>Binghamton, NY 13902 | Transworld Systems<br>507 Prudential Road<br>Horsham, PA 19044 |
| NY State Workers' Compensation Board<br>Attn: Judgment Unit<br>328 State Street<br>Albany, NY 12305 | Unifirst Corporation<br>205 Garfield Avenue<br>Stratford, CT 06615 | Westchester School for<br>Special Children<br>45 Park Avenue<br>Yonkers, NY 10703 |
| Westchester Waste Oil Company, Inc.<br>P.O. Box 254<br>Washingtonville, NY 10992-0254 | Zarin & Steinmetz<br>81 Main Street<br>Suite 415<br>White Plains, NY 10601 | EZ Pass<br>2 Broadway<br>New York, NY 10004 |
| Dept. of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Michelle H. Klemperer, Esq.<br>Assoc Corp Counsel Yonkers BOE<br>One Larkin Center<br>Yonkers, NY 10701 | NYS Dept of Finance<br>345 Adams Street, 3rd Floor<br>Legal Affairs - Devora Cohn<br>Brooklyn, NY 11201 |
| NYS Unemployment<br>Insurance Fund<br>P.O. Box 551<br>Albany, NY 12201 | Office of the US Trustee<br>Southern District of New York<br>201 Varick Street, Room 1006<br>New York, NY 10004<br>Attn: Andrea Schwartz, Esq. | Parking Violations Bureau<br>210 Joralemon Avenue<br>Brooklyn, NY 11201 |
| Security Exchange Commission<br>NY Regional Office<br>200 Vesey St., Suite 400<br>New York, NY 10281 | United States Attorney<br>Tax and Bankruptcy Unit<br>86 Chambers St., 3rd Floor<br>New York, NY 10007 | El Jebell II, LLC<br>c/o Weinberg Gross & Pergament<br>400 Garden City Plaza, Ste 403<br>Garden City, NY 11530 |
| NYS Dept of Taxation & Finance<br>Attn: Jacqueline Auerbach, Esq<br>15 Metro Tech Center, 5th Floo<br>Brooklyn, NY 11201 | John P. Pettinella & Assoc.<br>800 Westchester Avenue<br>Suite S608<br>Rye Brook, NY 10573 | Michael J. Khader, P.C<br>733 Yonkers Avenue, Suite 200<br>Yonkers, NY 10704 |
| Bethune & Associates<br>14435 N. 7th Street, Ste 201<br>Phoenix, AZ 85022 | NYS Department of Labor<br>Unemployment Insurance<br>Governor Averell Harriman State Building<br>12, Room 56<br>Albany, New York 11240 | Action Auto Mart Inc.<br>c/o Murray S. Lubitz, Esq.<br>245 Main Street<br>White Plains, NY 10601 |
| IEH Auto Parts LLC<br>PO Box 417609<br>Boston, MA 02241-7609 | 200 SMRR LLC<br>c/o The Ceremele Law Firm PLLC<br>2 Westchester Park Dr. Ste 205<br>West Harrison, NY 10604 | 870 Nepperhan Avenue LLC<br>c/o The Ceremele Law Firm PLLC<br>2 Westchester Park Dr, Ste 205<br>White Plains, NY 10604 |

| | | |
|---|---|---|
| Capacity Coverage Company<br>1 International Blvd #3S-L<br>Mahwah, NJ 07495-0027 | Clearway<br>211-10 Hillside Avenu<br>Queens Village, NY 11427 | Parts Authority<br>605 Albany Avenue<br>Amityville, NY 11701 |
| FedEx<br>c/o North Shore Agency<br>270 Spagnoli Road, Sutie 110<br>Melville, NY 11747 | New York State Thurway Auth.<br>c/o Linebarger Goggan Blair<br>61 Broadway, Sutie 2600<br>New York, NY 10016 | McGoey & Cerrato, P.C.<br>656 Yonkers Avenue<br>Yonkers, New York 10704<br>Attn: S. Cerrato, Esq. |
| Triborough Bridge & Tunnel Authority<br>2 Broadway, 24th Fl.<br>Office of General Counsel<br>New York, NY 10004<br>Attn: M. Brottmann, Esq. | Freedom Financial Consulting<br>c/o Fitzgerald, Frank & Hewes<br>53 West Jackson Blvd, Ste 838<br>Chicago, IL 60604 | AEY Holdings LLC<br>c/o Stenger Roberts et al<br>1136 Route 9<br>Wappingers Falls, NY 12590 |
| MARC MOTORS, INC.<br>2415 STIRLING ROAD<br>FORT LAUDERDALE, FL 33312 | Nepperhan Owners Corp.,<br>c/o John P. Pettinella, Esq.<br>484 White Plains Road, 2nd Flr<br>Eastchester, NY 10709 | Marlaina Koller<br>222 Gailmor Drive<br>Yonkers, NY 10703 |
| The Jacobs, Louis, Henry & Jackson Corp.<br>dba The Funding Source<br>250 E. Hartsdale Ave, Ste 36<br>Hartsdale, NY 10530 | Cermele & Wood, LLP<br>2 Westchester Park Drive<br>White Plains, NY 10604 | George V. Utlik<br>Arent Fox LLP<br>1675 Broadway<br>New York, NY 10019 |
| Merchants Automotive Group<br>c/o Chrystal Puleo, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Barak P Cardenas<br>Cardenas Islam & Associates, PLLC<br>175-61 Hillside Avenue, Suite 302<br>Jamaica, NY 11432 | NATIONS FUND I, LLC<br>Laura E. Appeby, Esq<br>Chapman and Cutler LLP<br>1270 Avenue of the Americas, Fl. 30<br>New York, NY 10020 |
| Steven Wilamowsky, Esq.<br>Chapman and Cutler LLP<br>1270 Avenue of the Americas, 30th Flr<br>New York, NY 10020 | IPFS Corporation<br>Michael S. Davis, Esq.<br>Zeichner Ellman & Krause LLP<br>1211 Ave. of the Americas, 40th Floor<br>New York, New York 10036 | Suburban Propane, L.P.<br>c/o Marita S. Erbeck, Esq.<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, NJ 07932 |
| Fleet Financing Resources, LLC<br>c/o Scott D. Chait<br>Peretore & Peretore, P.C.<br>191 Woodport Road<br>Sparta, NJ 07871 | Advantage Funding Commercial Capital<br>c/o Robert M. Hirsh, Esq.<br>ARENT FOX LLP<br>1675 Broadway<br>New York, NY 10019 | Total Transportation Corp.<br>c/o Paul J. Labov, Esq.<br>Fox Rothschild LLP<br>100 Park Avenue, 15th Floor<br>New York, NY 10017 |
| Silvana Zambrano, for Natasha Lopez<br>c/o Helen F. Dalton & Assoc. P.C.<br>69-12 Austin Street<br>Forest Hills, NY 11375 | IPFS Corporation<br>Attn: Anthony I. Giacobbe, Jr.<br>Zeichner Ellman & Krause, LLP<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036 | Jakob, Louis, Henry & Jackson Corp<br>c/b/a The Funding Source<br>250 E. Hartsdale Ave., Ste 36<br>Hartsdale, NY 10530 |
| Goosetown Enterprises, Inc.<br>c/o Marie Condoluci<br>Rogers & Habas Law, P.C.<br>100 Dutch Hill Road, Suite 390<br>Orangeburg, NY 10962 | 5 Star Specialty of Belle Harbor<br>Attn: John Lavin<br>444 Beach 129th Street<br>Belle Harbor, NY 11694 | NJ TURNPIKE AUTHORITY<br>Mark Schneider, Esq.<br>581 Main Street, P.O. Box 5042<br>Woodbridge, NJ 07095 |

| | | |
|---|---|---|
| CTG Logistics, Inc.<br>c/o Pike Tuch & Cohen, LLP<br>Attn: Laurence I. Cohen, Esq.<br>1921 Bellmore Avenue<br>Bellmore, New York 11710 | LMZ Capital<br>259 Radnor-Chester Road<br>Radnor, PA 19008 | Bruce Bronson, Esq.<br>480 Mamaroneck Ave.<br>Harrison, NY 10528 |
| Goosetown Enterprises, Inc.<br>c/o Patricia E. Habas, Esq.<br>Rogers & Habas Law, P.C.<br>100 Dutch Hill Road, Suite 390<br>Orangeburg, NY 10962 | Port Authority of New York & New Jersey<br>c/o Peter C. Merani, Esq.<br>Peter C. Merani, P.C.<br>1001 Avenue of the Americas, Suite 1800<br>New York, NY 10018 | We Business Management Inc.<br>75 Commercial Street<br>Plainview, NY 11803 |
| Port Authority of New York & New Jersey<br>c/o Milton H. Pachter, Esq.<br>One World Trade Center, 68NE<br>New York, NY 10048 | Phil Vallone<br>PO Box 110<br>South Fallsburg, NY 12779 | ICA Group<br>1330 Beacon Street<br>Suite 355<br>Brookline, MA 01062 |
| AMA Acquisition<br>40 Wall Street<br>New York, NY 10005 | Palisades Ventures, LLC<br>68 S. Highland Avenue<br>Ossining, NY 10562 | Barjen Inc.<br>110 Lenox Avenue<br>Stamford, CT 06906 |
| | Dutchess County Health Department-25 25 Civic Center Plz,<br>Poughkeepsie, Ny 12601 | Heritage Management-<br>239 Route 202,<br>Somers, Ny 10589 |
| Maayanot Yeshiva High School-<br>1065 Palisade Avenue,<br>Teaneck, NJ 07666 | Riverdale Ym-Ywha-<br>2655 Arlington Avenue,<br>Bronx, NY 10463 | Rye City School District-<br>111 Theodore Fremd Avenue,<br>Rye, NY 10580 |
| Sail At Ferncliff Manor-<br>1045 Saw Mill River Road,<br>Yonkers, Ny 10710 | SAR<br>455 W. 256th Street,<br>Riverdale, NY 10471 | Tabc –<br>1100 Queen Anne Road,<br>Teaneck, NJ 07666 |
| Westchester County Health Department-<br>42 Hugeonot Street<br>New Rochelle, NY 10801 | Yeshiva University<br>500 W. 180th Street,<br>New York, NY 10033 | Nations Fund I, Inc.<br>c/o Steven Wilamowsky<br>Chapman and Cutler LLP<br>1270 Avenue of the Americas, 30th Floor<br>New York, NY 10020 |

IPFS Corporation
3000 RDU Center Drive, Ste 100
Morrisville, NC 27560

Johanny Gomez
c/o Robert A. Hyams, Esq.
295 Madison Avenue - Ste 1600
New York, NY 10017

Jose Ramirez Chavez
c/o Shapiro Law Offices
3205 Grand Concourse, Ste 1
Bronx, NY 10468