UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In Re:

ALLWAYS EAST TRANSPORTATION, INC.

    Debtor.

Chapter 11

Case No. 16-22589 (RDD)

------------------------------------------------------------------------X

**ORDER PURSUANT TO 11 U.S.C. §§ 503(b) and 507(a)(2) ALLOWING ADMINISTRATIVE EXPENSE CLAIM**

Upon the motion [ECF Doc. No. 173] (the "Motion") for allowance and payment of administrative expenses under 11 U.S.C. §§ 503(b) and 507(a)(2) by The Port Authority of New York and New Jersey (the "Port Authority"); and there being no written opposition to the Motion, after due notice; and upon the record of the hearing held by the Court on the Motion on February 28, 2017; and, after due deliberation and for the reasons stated by the Court at the hearing, the Court having found and concluded that the relief granted herein is warranted by the facts and law; now, therefore,

IT IS HEREBY ORDERED as follows:

1. The Port Authority's Motion is granted on the terms and conditions hereinafter set forth.

2. The Port Authority shall have an allowed administrative expense claim under 11 U.S.C. §§ 503(b) and 507(a)(2) in the amount of $12,257.00, representing accrued postpetition EZPass charges (the "Allowed PA Admin Claim").

3. Payment of the Allowed PA Admin Claim, or any portion thereof, shall be subject to further order of the Bankruptcy Court.

Dated: White Plains, New York
       March 2, 2017

                                                /s/Robert D. Drain_____
                                                HONORABLE ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE