```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re                                          :    Chapter 11
                                               :
ALLWAYS EAST TRANSPORTATION, INC.,             :    Case No. 16-22589 (RDD)
                                               :
                         Debtor.               :
------------------------------------------------------------------------X
```

# ORDER CONVERTING THIS CASE
# TO A CASE UNDER CHAPTER 7

Upon the motion, pursuant to 11 U.S.C. § 1112(b), of William K. Harrington, the United States Trustee for Region 2, for an order converting this case to a case under Chapter 7; and upon the Memorandum of Law in support thereof; and the Court having jurisdiction to consider the Motion; and the relief requested therein being a core proceeding to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having held a hearing on December 7, 2017, to consider the Motion to Convert; and all parties having been represented and having had an opportunity to be heard; and notice of the Motion to Convert having been appropriate under the circumstances and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore; it hereby ORDERED that:

1.     The U.S. Trustee's motion to convert this case from a case under Chapter 11 to a case under Chapter 7 is GRANTED.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
_____, 2017

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE