UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
In re                                               :     Chapter 11
                                                    :
ALLWAYS EAST TRANSPORTATION, INC.,                  :     Case No. 16-22589 (RDD)
                                                    :
                        Debtor.                     :
------------------------------------------------------------------------X

## ORDER CONVERTING THIS CASE
## TO A CASE UNDER CHAPTER 7 OF THE BANKRKUPTCY CODE

Upon the motion (the "Motion") of William K. Harrington, the United States Trustee for Region 2, (a) under Fed. R. Bankr. P. 9006, for an order shortening the time for notice of and the hearing hearing on the substantive request for relief in the Motion (the "Motion to Shorten") and (b) pursuant to 11 U.S.C. § 1112(b), for an order converting this case to a case under Chapter 7 of the Bankruptcy Code; and upon the Memorandum of Law in support thereof; and the Court having jurisdiction to decide the Motion and the relief requested as a core proceeding to 28 U.S.C. § 157(a)-(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and there being no objections to the Motion, including to the Motion to Shorten; and upon the record of the hearing held by the Court on the Motion on December 7, 2017, at which all parties were either represented or had an adequate opportunity to be heard; and, and after due deliberation, the Court having determined that the United States Trustee has established sufficient cause to grant the Motion to Shorten and for an order dismissing or converting this case pursuant to 11 U.S.C. §1112(b); and the Court having further determined for the reasons stated at the hearing that the conversion of this case to a case under Chapter 7 of

the Bankruptcy Code, rather than its dismissal, is in the interests of creditors; and no additional notice or hearing being required, it is hereby ORDERED that

1. The Motion to Shorten is granted, and there was due and sufficient notice of the Motion and the hearing thereon.

2. This case is converted to a case under Chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. § 1112(b).

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: White Plains, New York
December 7, 2017

/s/Robert D. Drain
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE