UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re** Allways East Transportation, Inc.                           **Case No.** 16-22589
       **Debtor**                                                      **Reporting Period:**    1-Aug-17

                                                                       **Federal Tax I.D. #**  13-3742554

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | |
|    Copies of bank statements | | | |
|    Cash disbursements journals | | | |
| Statement of Operations | MOR-2 | | |
| Balance Sheet | MOR-3 | | |
| Status of Post-petition Taxes | MOR-4 | | |
|    Copies of IRS Form 6123 or payment receipt | | | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | | |
|    Listing of Aged Accounts Payable | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | |
| Taxes Reconciliation and Aging | MOR-5 | | |
| Payments to Insiders and Professional | MOR-6 | | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | |
| Debtor Questionnaire | MOR-7 | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor   */s/ Marlaina Koller*                          Date          1/10/2018

Signature of Authorized Individual*  */s/ Marlaina Koller*           Date          1/10/2018

Printed Name of Authorized Individual   Marlaina Koller              Date          1/10/2018

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

BANK ACCOUNTS

| ACCOUNT NUMBER (LAST 4) | Chase Operating Acct #6383 | Chase Operating Acct #8860 | Chase Payroll Acct #9600 | Suma Bank Acct #3032 | Wells Fargo Acct #6063 | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | | | | | | |
| RECEIPTS | | | | | | |
| CASH SALES | - | - | - | - | | - |
| ACCOUNTS RECEIVABLE | - | - | - | | | - |
| ADVANCES FROM FACTOR | - | - | | | | - |
| SALE OF ASSETS | - | | See Attached | | | - |
| LOAN FROM OFFICERS | - | | | | | - |
| OTHER (ATTACH LIST) | - | | | | | - |
| UNIDENTIFIED DEPOSIT | - | - | - | | | - |
| TRANSFERS (FROM DIP ACCTS) | - | - | - | | - | - |
| TOTAL RECEIPTS | - | - | - | - | - | - |
| DISBURSEMENTS | | | | | | |
| NET PAYROLL | - | - | - | | - | - |
| PAYROLL TAXES | - | - | | | | - |
| ACCOUNTS PAYABLE | - | - | - | - | | - |
| INVENTORY PURCHASES | - | - | | | | - |
| SECURED/ RENTAL/ LEASES | - | - | | | | - |
| INSURANCE | - | - | - | | | - |
| ADMINISTRATIVE | - | - | | | | - |
| SELLING | | | | | | - |
| OTHER (ATTACH LIST) | - | - | | | - | - |
| OWNER DRAW * | | - | | | - | - |
| TRANSFERS (TO DIP ACCTS) | - | - | | | | - |
| PROFESSIONAL FEES | | - | | | | - |
| U.S. TRUSTEE QUARTERLY FEES | | - | | | | |
| COURT COSTS | | | | | | |
| TOTAL DISBURSEMENTS | - | - | - | - | - | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS | - | - | - | - | - | - |
| CASH – END OF MONTH | - | - | - | - | - | - |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE | - |

## Schedule of Other  Cash Disbursements MOR-1A

| ACCOUNT NUMBER (LAST 4) | Chase Operating Acct #6383 | Chase Operating Acct. #8860 | Chase Payroll Acct #9600 | Wells Fargo Bank Acct # 6063 | Total |
|---|---|---|---|---|---|
| AUTO/BUS PARTS | - | - | - | | - |
| AUTO EXPENSE | - | - | - | | - |
| BUS LEASE PAYMENTS | - | - | - | | - |
| BANK SERVICE FEES | - | - | - | | - |
| OFFICE SUPPLIES | - | - | - | | - |
| OFFICE EXPENSE | - | - | - | | - |
| FUEL | - | - | - | | - |
| MEALS & ENTERTAINMENT | - | - | - | | - |
| REPAIRS & MAINTENANCE | - | - | - | | - |
| PAYROLL PROCESSING FEES | - | - | - | | - |
| DUE TO CAPITAL SOLUTIONS | - | - | - | | - |
| TRUCK MAINTENANCE | - | - | - | | - |
| TRAVEL | - | - | - | | - |
| REIMBURSED EXPENSE | - | - | - | | - |
| UTILITIES | - | - | - | | - |
| GAS | - | - | - | | - |
| OFFICER SALARY | - | - | - | | - |
| VEHICLES REGISTRATION | - | - | - | | - |
| GARBAG REMOVAL | - | - | - | | - |
| TELEPHONE | | - | - | | - |
| DONATION | | - | - | | - |
| LOAN | | | - | | - |
| GAMISHMENT PAYABLE | | | - | | - |
| UNCATEGORIZED EXPENSE | | - | - | | - |
| TOTAL: | - | - | - | - | - |

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Payroll # | Tax # | Other # |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | See Attached | See Attached | See Attached | See Attached |
| **BANK BALANCE** | | | | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | |
| **ADJUSTED BANK BALANCE *** | | | | |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

# Allways East Transportation, Inc.
## Reconciliation Summary
### Chase Payroll 9600, Period Ending 08/31/2017

|  | Aug 31, 17 |
|---|---|
| **Beginning Balance** | 3.83 |
| **Cleared Balance** | 3.83 |
| **Register Balance as of 08/31/2017** | 3.83 |
| **Ending Balance** | 3.83 |

# Allways East Transportation, Inc.
## Reconciliation Detail
### Chase Payroll 9600, Period Ending 08/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 3.83 |
| Cleared Balance | | | | | | 3.83 |
| Register Balance as of 08/31/2017 | | | | | | 3.83 |
| **Ending Balance** | | | | | | 3.83 |



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 01, 2017 through August 31, 2017

Account Number: 

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00016596 DRE 802 219 24917 NNNNNNNNNNN 1 000000000 D2 0000
ALLWAYS EAST TRANSPORTATION INC.
PO BOX 527
YONKERS NY 10703-527

## We updated our Deposit Account Agreement

On August 27, 2017, we published an updated version of our Deposit Account Agreement.

You can get the latest Deposit Account Agreement at chase.com/disclosures, at a branch or by request when you call us. Please review the Overdrafts section (General Account Terms, Section C) where we have added language to explain that we rely on transaction coding sent to us by the merchant or third party to determine whether a transaction is everyday or recurring.

Please call us at the number on this statement if you have any questions.

| CHECKING SUMMARY | Chase Platinum Business Checking | |
|---|---|---|
| | INSTANCES | AMOUNT |
| **Beginning Balance** | | $3.83 |
| **Ending Balance** | 0 | $3.83 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



---

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation .

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

  JPMorgan Chase Bank, N.A. Member FDIC

---

# Allways East Transportation, Inc.
## Reconciliation Summary
### Chase Operating 8860, Period Ending 08/31/2017

|  | Aug 31, 17 | |
| --- | --- | --- |
| **Beginning Balance** | | -231.77 |
| **Cleared Transactions** | | |
| Checks and Payments - 1 item | -116.00 | |
| Deposits and Credits - 1 item | 347.77 | |
| **Total Cleared Transactions** | 231.77 | |
| **Cleared Balance** | | 0.00 |
| **Register Balance as of 08/31/2017** | | 0.00 |
| **Ending Balance** | | 0.00 |

# Allways East Transportation, Inc.
## Reconciliation Detail
### Chase Operating 8860, Period Ending 08/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | -231.77 |
|   **Cleared Transactions** | | | | | | |
|     **Checks and Payments - 1 item** | | | | | | |
| Check | 08/03/2017 | | CHASE | X | -116.00 | -116.00 |
|   Total Checks and Payments | | | | | -116.00 | -116.00 |
|     **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 08/08/2017 | | | X | 347.77 | 347.77 |
|   Total Deposits and Credits | | | | | 347.77 | 347.77 |
|   Total Cleared Transactions | | | | | 231.77 | 231.77 |
| **Cleared Balance** | | | | | 231.77 | 0.00 |
| Register Balance as of 08/31/2017 | | | | | 231.77 | 0.00 |
| **Ending Balance** | | | | | 231.77 | 0.00 |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

August 01, 2017 through August 08, 2017
Account Number:

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00000004 DRE 802 141 22117 NNNNNNNNNNN T 3 000000000 D2 0000
ALLWAYS EAST TRANSPORTATION INC
PO BOX 527
YONKERS NY 10703-527



## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | -$231.77 |
| Deposits and Additions | 1 | 347.77 |
| Fees | 1 | -116.00 |
| Ending Balance | 2 | $0.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/08 | Overdraft Write-Off Please Contact Bank | $347.77 |
| | Total Deposits and Additions | $347.77 |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/03 | Service Charges For The Month of July | $116.00 |
| | Total Fees | $116.00 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/03 | -$347.77 |
| 08/08 | 0.00 |

Page 1 of 4

 CHASE

August 01, 2017 through August 09, 2017
Account Number:


## STOP PAYMENT RENEWAL NOTICE

ACCOUNT NUMBER
000000121028860

BANK NUMBER
802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000031-01 | 11/01/16 | 11/01/17 | 8918 | $9,596.14 |



Allways East Transportation Inc
PO Box 527
Yonkers NY 10703-0527

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 659754
San Antonio TX 78265-9754

Page 3 of 4

12/4/2017

# Allways East Transportation, Inc.
## Reconciliation Summary
### Chase Operating 6383, Period Ending 08/31/2017

|  | Aug 31, 17 | |
|---|---|---|
| **Beginning Balance** |  | 2.37 |
| **Cleared Balance** |  | 2.37 |
| **Register Balance as of 08/31/2017** |  | 2.37 |
| **New Transactions** |  |  |
| Checks and Payments - 3 items | -318.00 |  |
| Deposits and Credits - 1 item | 315.63 |  |
| **Total New Transactions** | -2.37 |  |
| **Ending Balance** |  | 0.00 |

# Allways East Transportation, Inc.
## Reconciliation Detail
### Chase Operating 6383, Period Ending 08/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2.37 |
| Cleared Balance | | | | | | 2.37 |
| Register Balance as of 08/31/2017 | | | | | | 2.37 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 09/06/2017 | | CHASE | | -106.00 | -106.00 |
| Check | 10/04/2017 | | CHASE | | -106.00 | -212.00 |
| Check | 11/03/2017 | | CHASE | | -106.00 | -318.00 |
| Total Checks and Payments | | | | | -318.00 | -318.00 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 11/07/2017 | | | | 315.63 | 315.63 |
| Total Deposits and Credits | | | | | 315.63 | 315.63 |
| Total New Transactions | | | | | -2.37 | -2.37 |
| **Ending Balance** | | | | | -2.37 | 0.00 |

**CHASE** 
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

August 01, 2017 through August 31, 2017
Account Number:



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00008324 DRE 802 219 24917 NNNNNNNNNNN 1 000000000 D2 0000
ALLWAYS EAST TRANSPORTATION INC.
PO BOX 527
YONKERS NY 10703-527

## We updated our Deposit Account Agreement

On August 27, 2017, we published an updated version of our Deposit Account Agreement.

You can get the latest Deposit Account Agreement at chase.com/disclosures, at a branch or by request when you call us. Please review the Overdrafts section (General Account Terms, Section C) where we have added language to explain that we rely on transaction coding sent to us by the merchant or third party to determine whether a transaction is everyday or recurring.

Please call us at the number on this statement if you have any questions.

## CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $2.37 |
| Ending Balance | 0 | $2.37 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## SERVICE CHARGE SUMMARY

Chase Platinum Business Checking Accounts Included: 0000000000671329800

| | |
|---|---|
| Monthly Service Fee | $95.00 |
| Other Service Charges | $11.00 |
| Total Service Charges | $106.00 Will be assessed on 9/6/17 |

You were assessed a monthly service fee on your Chase Platinum Business Checking account because you did not maintain the required relationship balance.

Page 1 of 2

In re ALLWAYS EAST TRANSPORTATION, INC.        Case No. 16-22589-RDD

Debtor        Reporting Period:      Aug-17

## STATEMENT OF OPERATIONS (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | MONTH | CUMULATIVE -FILING TO DATE |
|---|---|---|
| Gross Revenues | - | 9,828,151 |
| Less: Returns and Allowances | | |
| Net Revenue | - | 9,828,151 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | | |
| Add: Purchases | | - |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | - | 1,948,924 |
| Less: Ending Inventory | | |
| Cost of Goods Sold | - | 1,948,924 |
| Gross Profit | - | 7,879,227 |
| **OPERATING EXPENSES** | | |
| Advertising | | 759 |
| Auto and Truck Expense | - | 21,772 |
| Bad Debts | | 14,670 |
| Contributions | | - |
| Employee Benefits Programs | | - |
| Officer/Insider Compensation* | - | 296,987 |
| Insurance | - | 2,045,760 |
| Management Fees/Bonuses | | - |
| Office Expense | - | 29,975 |
| Pension & Profit-Sharing Plans | | - |
| Repairs and Maintenance | - | 82,752 |
| Rent and Lease Expense | - | 433,762 |
| Salaries/Commissions/Fees | - | 7,384,087 |
| Supplies | | - |
| Taxes - Payroll | - | 833,194 |
| Taxes - Real Estate | | - |
| Taxes - Other | | (4,516) |
| Travel and Entertainment | | - |
| Utilities | - | 44,538 |
| Other (attach schedule) | (232) | 804,573 |
| Total Operating Expenses Before Depreciation | (232) | 11,988,312 |
| Depreciation/Depletion/Amortization | - | 515,000 |
| Net Profit (Loss) Before Other Income & Expenses | 232 | (4,624,085) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | - | 50,950 |
| Interest Expense | - | (11,981) |
| Other Expense (attach schedule) | - | |
| Net Profit (Loss) Before Reorganization Items | 232 | (4,655,693) |

| REORGANIZATION ITEMS | | |
|---|---|---|
| Professional Fees | | 1,000 |
| U. S. Trustee Quarterly Fees | - | 53,625 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | 2 |
| Gain (Loss) from Sale of Equipment | | - |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Expenses | - | 54,623 |
| Income Taxes | | |
| Net Profit (Loss) | 232 | (4,710,316) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BREAKDOWN OF "OTHER" CATEGORY

OTHER COSTS

| | | |
|---|---|---|
| Bus Lease Payments | - | 834,547 |
| Fuel For Hired Vehicles | - | 755,205 |
| Parts | - | 135,112 |
| Tolls | - | 164,582 |
| GPS & Radio Expense | | 35,725 |
| Gas/Fuel Receipts | - | |
| Truck Maintenance Costs | - | |
| Total | - | 1,948,924 |

OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| Bank Service Charges | (232) | 9,922 |
| Computer and Internet Expenses | | 1,777 |
| Continuing Education | | 879 |
| Delivery & Freight | | 2,000 |
| Garbage Removal | - | 13,502 |
| Licenses & Permits | | 10,479 |
| Meals & Entertainments | - | 9,309 |
| Office Supplies | - | 21,188 |
| Violation | | 13,693 |
| Payroll Processing Fees | - | 75,561 |
| Physicals For Drivers | - | 13,685 |
| Bookkeeping Expense | - | 33,732 |
| Postage & Delivery | | 973 |
| Storage | | 8,131 |
| Uniform | | 2,100 |
| Check Cashing Fees | | 111,153 |
| Child Support | | 5,103 |
| Outside Labor | | 1,016 |
| Telephone Expense | - | 22,054 |
| GPS | | 19,665 |
| Bid and Bond Expenses | - | 7,500 |
| Drug Testing Expenses | | 3,325 |
| Dues and Subscriptions | | 244 |

| | | |
|---|---|---|
| Radio Rental | | 4,027 |
| Towing | - | 21,178 |
| Driving Record Fees | | 500 |
| Legal Fees | - | 40,328 |
| Reimbursed Expense | - | 301,864 |
| Factor Fees | | 27,117 |
| Travel | - | 12 |
| Advance for Expenses | | 1,500 |
| Gifts | | 5,177 |
| Vehicle Registration | - | 13,660 |
| Accident Repair | - | 1,585 |
| Medical | | 300 |
| Donations | - | - |
| Total | (232) | 804,573 |
| OTHER INCOME | | - |
| Unidentified Deposit | - | - |
| | | - |
| Total | - | - |
| OTHER EXPENSES | | - |
| Uncategorized Expense | - | - |
| | | - |
| OTHER REORGANIZATION EXPENSES | | - |
| | | - |
| | | - |
| | | - |
| | | - |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| CURRENT ASSETS | | | |
| Unrestricted Cash and Equivalents | 830,335 | 830,103 | (40,796) |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Petty Cash | | | |
| Accounts Receivable (Net) | 596,495 | 596,495 | 1,490,116 |
| Notes Receivable | | | |
| Inventories | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | - | - | - |
| TOTAL CURRENT ASSETS | 1,426,830 | 1,426,598 | 1,449,320 |
| PROPERTY & EQUIPMENT | | | |
| Real Property and Improvements | | | |
| Vehicles | 4,803,277 | 4,803,277 | 4,803,277 |
| Furniture, Fixtures and Office Equipment | 492,618 | 492,618 | 492,618 |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | (1,820,607) | (1,820,607) | (1,305,607) |
| TOTAL PROPERTY & EQUIPMENT | 3,475,288 | 3,475,288 | 3,990,288 |
| OTHER ASSETS | | | |
| Amounts due from Insiders* | 221,456 | 221,456 | 207,222 |
| Other Assets *(attach schedule)* | 54,719 | 54,719 | 189,893 |
| TOTAL OTHER ASSETS | 276,175 | 276,175 | 397,115 |
| TOTAL ASSETS | 5,178,292 | 4,353,809 | 5,836,723 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition) | | | |
| Accounts Payable | 524,015 | 524,015 | |
| Taxes Payable *(refer to FORM MOR-4)* | 2,687,307 | 2,687,307 | |
| Wages Payable | | | |
| Notes Payable | | | 285,811 |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional Fees | | | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | 357,258 | 357,258 | |
| TOTAL POST-PETITION LIABILITIES | 3,568,580 | 3,568,580 | 285,811 |
| LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition) | | | |
| Secured Debt | 1,496,131 | 1,496,131 | 1,682,743 |
| Priority Debt | 2,708,612 | 2,708,612 | 2,708,612 |
| Unsecured Debt | 3,319,094 | 3,319,094 | 3,410,529 |
| TOTAL PRE-PETITION LIABILITIES | 7,523,837 | 7,523,837 | 7,801,884 |
| TOTAL LIABILITIES | 11,092,416 | 11,092,416 | 8,087,695 |
| OWNERS' EQUITY | | | |
| Capital Stock | 50,000 | 50,000 | 50,000 |
| Additional Paid-In Capital | 75,000 | 75,000 | 75,000 |
| Partners' Capital Account | | | |
| Owner's Equity Account | | | |
| Retained Earnings - Pre-Petition | (1,665,796) | (1,665,796) | (2,375,972) |
| Retained Earnings - Post-petition* | (4,373,328) | (4,373,560) | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions  *(attach schedule)* | | | |
| NET OWNERS' EQUITY | (5,914,124) | (5,914,356) | (2,250,972) |
| TOTAL LIABILITIES AND OWNERS' EQUITY | 5,178,292 | 5,178,061 | 5,836,723 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

## BALANCE SHEET - continuation section

| ASSETS | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Current Assets** | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total | - | - | - |
| **Other Assets** | | | |
| Due from Allways North | 47,011 | 47,011 | 189,893 |
| Bid Bond Deposit | | | |
| Security Deposit | (14,293) | (14,293) | |
| Security Deposit Paychex | 22,000 | 22,000 | |
| Total Other Assets | 54,719 | 54,719 | 189,893 |

| LIABILITIES AND OWNER EQUITY | | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **Other Post-petition Liabilities** | | | |
| Accrued US Trustee Fees | (6,153) | (6,153) | |
| Due to Wink | 56,222 | 56,222 | |
| Capital Solutions Liability | 583,629 | 583,629 | |
| MK- Due to Reimb Exense | 40,434 | 40,434 | |
| Payroll Liabilities | (320,274) | (320,274) | |
| Loan from Shareholder | 3,400 | 3,400 | |
| Total Other Post-petition Liabilities | 357,258 | 357,258 | |
| **Adjustments to Owner's Equity** | | | |
| | | | |
| | | | |
| | | | |
| **Post-Petition Contributions** | | | |
| | | | |
| | | | |
| | | | |

Restricted Cash: Cash that is restricted for a specific use and not available to fund operations.
Typically, restricted cash is segregated into a separate account, such as an escrow account.

*An adjustment to reconcile Allways North & Allways East intercompany accounts was made in previous period.

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Federal/Fica Post Petition Withholding | 1,868,909 | - | | | | 1,868,909 |
| FICA-Employee | - | | | | | - |
| FICA-Employer | - | | | | | - |
| Unemployment | 495,174 | - | | | | 495,174 |
| Income | - | | | | | - |
| Other: | - | | | | | - |
|     Total Federal Taxes | 2,364,083 | - | - | - | - | 2,364,083 |
| State and Local | | | | | | |
| Withholding | 323,224 | - | | | | 323,224 |
| Sales | - | | | | | |
| Excise | - | | - | | | - |
| Unemployment | - | | | | | - |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|     Total State and Local | 323,224 | - | - | - | - | 323,224 |
| **Total Taxes** | 2,687,307 | - | - | - | - | 2,687,307 |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

|  | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | - | - | - | - | 524,015 | 524,015 |
| Wages Payable | | | | | | |
| Taxes Payable | 2,687,307 | | | | | 2,687,307 |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | . | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | 2,687,307 | - | - | - | 524,015 | 3,211,322 |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 596,495 |
| Less: Provision for Bad Debts | |
| Plus: Amounts billed during the period | - |
| Less: Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | 596,495 |

| Accounts Receivable Aging | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | - | | | | - |
| 31 - 60 days old | | - | | | - |
| 61 - 90 days old | | | - | | - |
| 91+ days old | | | | 596,495 | 596,495 |
| Total Accounts Receivable | | | | | |
| | | | | | |
| Less: Bad Debts (Amount considered uncollectible) | | | | | |
| | | | | | |
| Net Accounts Receivable | | | | | 596,495 |

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | | |
| Total Taxes Payable | 2,687,307 | | | | 2,687,307 |
| Total Accounts Payable | - | - | - | - | |

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | - | |

# DEBTOR QUESTIONNAIRE

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition payroll taxes past due? | X | |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |