UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                             :

                                  :         Chapter 7

ALLWAYS EAST TRANSPORTATION, INC.,   :         Case No. 16-22589 (RDD)

                    Debtor.         :         WPBC  18-0001

-----------------------------------------------------------------x

# JUDGMENT FOR CONTEMPT

This Court entered an Order on February 13, 2018 [doc. 364] awarding sanctions against Lori Jackman in the amount of $3,498.85, representing the reasonable legal fees and costs of counsel for the chapter 7 trustee herein (the "Trustee") for bringing a motion for contempt and sanctions [doc. 359] and attending the hearing thereon on February 12, 2018.  The Order directed Lori Jackman to pay that amount within seven days of service of the Order upon her, which was made on February 13, 2018 as evidenced by the Certificate of Service [doc. 365], and that upon failure to pay such amount the Trustee would be entitled to judgment in such amount upon submission of an affirmation attesting to nonpayment.  The Trustee has submitted an affirmation attesting to nonpayment [doc. 366].  Therefore, pursuant to Fed. R. Civ. P. 54, as incorporated by Fed. R. Bankr. P. 7054, judgment is entered against Lori Jackman in favor of Howard P. Magaliff, as Trustee as follows:

      **IT IS ORDERED, ADJUDGED AND DECREED** that the Trustee, for the benefit of the estate herein, shall have judgment against Lori Jackman in the amount of $3,498.85, plus post-judgment interest at the federal rate until paid in full.

Dated: White Plains, New York
      March 9, 2018                          /s/Robert D. Drain

                                                      Robert D. Drain
                                                          United States Bankruptcy Judge