Archer & Greiner, P.C.
630 Third Avenue
New York, New York 10017
Tel: (212) 682-4940
Jeffrey Traurig
Email: jtraurig@archerlaw.com

*Special Litigation Counsel for Howard P. Magaliff*
*Chapter 7 Trustee of Allways East Transportation, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 7 |
| ALLWAYS EAST TRANSPORTATION, INC., | Case No. 16-22589 (RDD) |
| Debtor. | |

-------------------------------------------------------------------x

| | |
|---|---|
| HOWARD P. MAGALIFF, Chapter 7 Trustee of ALLWAYS EAST TRANSPORTATION, INC., | Adv. Pro. No. 18-08302 (RDD) |
| Plaintiff, | |
| v. | |
| SAYBROOK MOTORSPORTS, LLC, | |
| Defendant. | |

-------------------------------------------------------------------x

| | |
|---|---|
| HOWARD P. MAGALIFF, Chapter 7 Trustee of ALLWAYS EAST TRANSPORTATION, INC., | Adv. Pro. No. 18-08308 (RDD) |
| Plaintiff, | |
| v. | |
| CESARINA LOAIZA a/k/a CESARINA ROSARIO, | |
| Defendant. | |

-------------------------------------------------------------------x

| | |
|---|---|
| HOWARD P. MAGALIFF, Chapter 7 Trustee of ALLWAYS EAST TRANSPORTATION, INC., | Adv. Pro. No. 18-08323 (RDD) |
| Plaintiff, | |
| v. | |
| FRANK CAPUTO, | |
| Defendant. | |

-------------------------------------------------------------------x

---------------------------------------------------------------------x
HOWARD P. MAGALIFF, Chapter 7 Trustee of    Adv. Pro. No. 18-08313 (RDD)
ALLWAYS EAST TRANSPORTATION, INC.,

                Plaintiff,

   v.

CJ FLEET MAINTENANCE,

                Defendant.
---------------------------------------------------------------------x
HOWARD P. MAGALIFF, Chapter 7 Trustee of    Adv. Pro. No. 18-08325 (RDD)
ALLWAYS EAST TRANSPORTATION, INC.,

                Plaintiff,

   v.

VINCENT GURGIGNO,

                Defendant.
---------------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK  )

        CHRISTIAN HANSEN, being duly sworn, deposes and says that:

        I am not a party to this action, am over 18 years of age and reside in New York, New York.

        On September 17, 2019, I caused to be served true and correct copies of the *Notice of Rescheduling of Pretrial Conference* by first class mail on the parties identified on the service list attached hereto as Exhibit A.

                                                          /s/ Christian Hansen
                                                           Christian Hansen

Sworn to before me this
  17th  day of September, 2019

     /s/ Maryann Katchen
Notary Public

Maryann Katchen
Notary Public, State of New York
No. 01KA4891017
Qualified in Queens County
Commission Expires April 27, 2023

**Exhibit A**
**Service List**

ALLWAYS EAST TRANSPORTATION INC.
C/O DELBELLO DONNELLAN WEINGARTEN WISE
& WIEDERKEHR, LLP
ONE NORTH LEXINGTON AVENUE, 11TH FLOOR
WHITE PLAINS, NY 10601

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

NATIONS FUND I, INC.
C/O CHAPMAN AND CUTLER LLP
ATTN: LAURA APPLEBY, ESQ.
        STEVEN WILAMOWSKY, ESQ.
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1700

FLEET FINANCING RESOURCES, LLC
C/O CHIESA SHAHINIAN &
GIANTOMASI PC
ATTN: ROBERT HORNBY, ESQ.
11 TIMES SQUARE, 31ST FLOOR
NEW YORK, NY 10036-6600

AMTRUST NORTH AMERICA, INC.
C/O BUCKLEY KING LPA
ATTN: LISA A. LOWE, ESQ.
        ALAN C. HOCHHEISER, ESQ.
1400 FIFTH THIRD CENTER
600 SUPERIOR AVENUE EAST
CLEVELAND, OH 44114-2652

P228 MYERS CORNERS LLC
A/K/A 228 MYERS LLC
C/O ROBINOWITZ COHLAN DUBOW &
DOHERTY LLC
ATTN: BRUCE MINKOFF, ESQ.
199 MAIN STREET - FIFTH FLOOR
WHITE PLAINS, NEW YORK 10601-3200

EL JEBEL II LLC
C/O WEINBERG, GROSS &
PERGAMENT LLP
ATTN: SETH M. CHOSET, ESQ.
        MARC J. WEINGARD, ESQ.
400 GARDEN CITY PLAZA, SUITE 403
GARDEN CITY, NEW YORK 11530-3336

REED SMITH LLP
ATTORNEYS FOR MERCHANTS AUTOMOTIVE
GROUP, INC.
ATTN: ALEXANDER TERRAS, ESQ.
10 SOUTH WACKER DRIVE
CHICAGO, IL 60606-4733

ADVANTAGE FUNDING COMMERCIAL CAPITAL
CORP.
C/O ARENT FOX LLP
ATTN: ROBERT M. HIRSH, ESQ.
        GEORGE V. UTLIK, ESQ.
1675 BROADWAY
NEW YORK, NY 10019-5849

200 SMRR LLC AND
870 NEPPERHAN AVENUE LLC
C/O CERMELE & WOOD, LLP
ATTN: MARK CERMELE, ESQ.
        BARAK P. CARDENAS, EDQ.
2 WESTCHESTER PARK DR., STE 110
WHITE PLAINS, NY 10604-3432

ZEICHNER ELLMAN & KRAUSE LLP
ATTORNEYS FOR IPFS CORPORATION
ATTN: MICHAEL S. DAVIS, ESQ.
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036-8701

OFFICE OF JAMES M. BEGLEY
ATTORNEYS FOR THE PORT AUTHORITY OF NEW
YORK
AND NEW JERSEY
4 WORLD TRADE CENTER
150 GREENWICH ST, 24TH FLOOR
NEW YORK, NY 10007-2373

SUBURBAN PROPANE, L.P.
C/O DRINKER BIDDLE & REATH LLP
ATTN: MARITA S. ERBECK, ESQ.
600 CAMPUS DR.
FLORHAM PARK, NJ 07932-1096

TOTAL TRANSPORTATION CORP.
C/O FOX ROTHSCHILD LLP
ATTN: PAUL J. LABOV, ESQ.
100 PARK AVENUE, 15TH FLOOR
NEW YORK, NY 10017-5551

PURCHASER CTG LOGISTICS, INC.
C/O PIKE, TUCH & COHEN, LLP
ATTN: LAURENCE I. COHEN, ESQ.
1921 BELLMORE AVENUE
BELLMORE, NEW YORK 11710-5639

AMTRUST NO. AMERICA, INC.
C/O MAURICE WUTSCHER LLP
ATTN: THOMAS R. DOMINCZYK, ESQ.
5 WALTER E. FORAN BLVD., STE 2007
FLEMINGTON, NJ 08822-4674

TRIBOROUGH BRIDGE AND
TUNNEL AUTHORITY
ATTN: RICHARD K. ELLISON, ESQ.
2 BROADWAY, 24TH FLOOR
NEW YORK, NY 10004-3358

OFFICE OF THE NEW YORK STATE
ATTORNEY GENERAL
ATTN: ENID NAGLER STUART, ESQ.
28 LIBERTY STREET, 17TH FLOOR
NEW YORK, NY 10005-1495

NYS DEPARTMENT OF TAXATION AND FINANCE
ATTN: PAULINA STAMATELOS, ESQ.
120 BROADWAY, 24TH FLOOR
NEW YORK, NY 10271-0029

870 NEPPERHAN AVENUE, LLC AND
200 SMRR, LLC
C/O CARDENAS ISLAM & ASSOCIATES, PLLC
ATTN: BARAK P. CARDENAS, ESQ.
175-61 HILLSIDE AVENUE, SUITE 302
JAMAICA, NY 11432-5768

LAW DEPARTMENT OF THE PORT
AUTHORITY OF NEW YORK
AND NEW JERSEY
ATTN: DAVID R. KROMM, ESQ.
4 WORLD TRADE CENTER
150 GREENWICH STREET, 24TH FLOOR
NEW YORK, NY 10007-2373

MARC MOTORS, INC.
C/O CROWELL & MORING LLP
ATTN: MARK S. LICHTENSTEIN, ESQ.
590 MADISON AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10022-2544

GENOVA & MALIN
ATTORNEYS FOR AEY HOLDINGS, LLC ATTN:
THOMAS GENOVA, ESQ.
HAMPTON BUSINESS CENTER
1136 ROUTE 9
WAPPINGERS FALLS, NY 12590-4905

PETER C. MERANI, ESQ.
ATTORNEY FOR PORT AUTHORITY OF
NEW YORK & NEW JERSEY
1001 AVENUE OF THE AMERICAS, SUITE 1800
NEW YORK, NY 10018-5515

REED SMITH LLP
ATTORNEYS FOR MERCHANTS AUTOMOTIVE
GROUP, INC.
ATTN: CHRYSTAL A. PULEO, ESQ.
599 LEXINGTON AVENUE 22ND FLOOR
NEW YORK, NY 10022-7650

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK
TAX AND BANKRUPTCY UNIT
C/O TALIA KRAEMER, ASSISTANT
U.S. ATTORNEY
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY 10007-2632

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

SAYBROOK MOTORSPORTS, LLC
C/O LAW OFFICE OF BRUNO V. GIOFFRE, JR, PLLC
ATTN: BRUNO V. GIOFFRE, JR., ESQ.
2 WESTCHESTER PARK DRIVE, SUITE 205
WHITE PLAINS, NY 10604

VINCENT GURGIGNO
C/O CARLOS J. CUEVAS, ESQ.
1250 CENTRAL PARK AVENUE
YONKERS, NY 10704

LAWRENCE A. GARVEY AND ASSOCIATES P.C.
ATTN: LAWRENCE A. GARVEY
50 MAIN STREET, SUITE 390
WHITE PLAINS, NY 10606

FRANK CAPUTO
C/O PENACHIO MALARA LLP
ATTN: ANNE J. PENACHIO, ESQ.
245 MAIN STREET, SUITE 450
WHITE PLAINS, NY 10601

217124871v1